**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
G.S.

**CASE MANAGEMENT PLAN**

Docket Number: 15-CV-3086

Plaintiff,

-against-

Congregation Lev Beis Yaakov, et al.

Defendant,
---------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __Done__.

2. No additional parties may be joined after __30 days after party depositions~~are complete~~__.

3. No amendment of the pleadings will be permitted after __30 days after party depositions ~~are complete~~__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __7-15-15__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before __11-1-15__.
   (b) rebuttal expert witnesses on or before __12-1-15__.

6. All discovery, including depositions of experts, shall be completed on or before __12-30-15__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

   ☐ Yes   ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. ~~A Telephone Conference set for~~  9/14/15 @ 2:15 pm, ~~to be initiated by~~ ☒ ~~Plaintiff~~ or ☐ ~~Defendant (Check One).~~

    * ~~(The Court will schedule the conference listed above.)~~

10. Status Conference will be held on 11/10/15 @ 12:00 pm.
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on 1/20/16 @ 10:00 am.
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

6/30/15

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

**CONSENTED TO:**

Robert J. Tolchin, Esq.
NAME
Attorney for Plaintiff G.S.

ADDRESS 111 Livingston St., #1928, B'klyn, NY

E-mail: rtolchin@berkmanlaw.com

Tel.:   718-855-3627

Fax:

David S. Rutherford, Esq.
NAME
Attorney for Defendant Cong. Lev; Oratz; Deutsch

ADDRESS 800 3rd Ave., 9th fl, NY, NY

E-mail: dsr@rutherfordchristie.com

Tel.:   212-599-5799

Fax: