

August 10, 2015

**VIA ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *G.S., Plaintiff v. Congregation Lev Bais Yaakov, et al.*
     <u>Docket No.: 15 CV 3086 (ARR) (RER), Our File No.: 215.472</u>

Dear Judge Reyes:

  As you are aware, we represent the Defendants Congregation Lev Bais Yaakov, Rivka Oratz, and Schmeil Deutsch ("Defendants") in this matter. This letter is in response to the plaintiff's letter of August 4, 2015 regarding a proposed confidentiality order.

  Following review of Mr. Tolchen's proposed order, we find it acceptable. However, paragraph 6 refers to an annexed non-disclosure agreement that is not included in Mr. Tolchen's filing. We have therefore annexed to this letter a proposed Non-Disclosure Agreement.

        Respectfully Submitted,

        **RUTHERFORD & CHRISTIE, LLP**

        Adam C. Guzik

Encl.
cc: **VIA ECF**
   Robert J. Tolchin, Esq.
   Attorney for Plaintiff
   111 Livingston St., #1928
   Brooklyn, New York 11201
   (718) 855-3627
   Email: rtolchin@berkmanlaw.com

800 Third Avenue
9th Floor
New York, NY 10022-7649

T: (212) 599-5799 | F: (212) 599-5162
www.RutherfordChristie.com

## EXHIBIT A

The undersigned hereby acknowledges that he/she has read the Stipulation and Protective Order entered in the United States District Court for the Eastern District of New York on _____, 201___ in the action entitled *G.S. by her father and natural guardian Morris S., v. Congregation Yev Bais Yaakov, et al.*, Docket No. 15 CV 3086 (AAR)(RER), and understands the terms thereof. The undersigned agrees not to use or disclose the Confidential Materials defined therein for any purposes other than in connection with the litigation of this case.

_____     _____
Date                                          Signature

                                                          _____
                                                          Print Name

                                                          _____
                                                          Occupation