```
 1

 2     UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
 3     ----------------------------------------X
       G.S., a minor below the ages of 18,
 4     by her father and natural guardian
       MORRIS S.,
 5                                    Plaintiffs,

 6             - against -                    Index No.:
                                              15-CV-3086
 7     CONGREGATION LEV BAIS YAAKOV d/b/a
       LEV BAIS YAAKOV HIGH SCHOOL;
 8     RIVKA ORATZ; and SHMIEL DEUTSCH,
       a/k/a/ SAM DEUTSCH,
 9
                                    Defendants.
10     ----------------------------------------X

11                          111 Livingston Street
                            Brooklyn, New York
12
                            November 30, 2015
13                          10:15 a.m.

14

15            EXAMINATION BEFORE TRIAL of ██████████,

16     one of the PLAINTIFFS herein, taken by the

17     DEFENDANTS, pursuant to Court Order, held at the

18     above time and place before Nicoletta Kahle, a

19     Notary Public for and within the State of New York.

20

21

22

23                   LH REPORTING SERVICES, INC.
                     Computer-Aided Transcription
24                          (718) 526-7100

25
```

```
 1

 2      A P P E A R A N C E S

 3


 4      BERKMAN LAW OFFICE
              Attorney for Plaintiffs
 5            111 Livingston Street, Suite 1928
              Brooklyn, New York 11201
 6      BY:  ROBERT TOLCHIN, ESQ.

 7


 8      RUTHERFORD & CHRISTIE, LLP
              Attorney for Defendants,
 9            800 Third Avenue, 9th Floor
              New York, New York 10022
10      BY:  ADAM GUZIK, ESQ.
         File:  215.472
11

12                    *     *     *     *     *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2        A    No.

3        Q    Who told you you were expelled from Lev

4    Bais Yaakov?

5        A    My father.

6        Q    What did your father say that was the

7    reason for the expulsion?

8        A    At first he didn't know for a few days and

9    he said they just called saying that I was expelled

10   and that we need to have a meeting.

11       Q    Were you invited to that meeting?

12       A    No.

13       Q    Did your father attend a meeting?

14       A    Yes.

15       Q    At the meeting did they say why you were

16   expelled?

17       A    Yes.

18       Q    What was the reason?

19       A    They said an alleged mother called up

20   saying that she found a nude picture on her son's

21   phone of me.

22       Q    Did you ever send a nude picture of

23   yourself to any boy's phone?

24       A    No.

25       Q    Did you send a nude picture of yourself to

```
 1                    ██████████████
 2    anybody's phone?
 3         A    No.
 4         Q    What happened to that phone that you had
 5    at the time?
 6         A    What happened to it?
 7         Q    Right.
 8         A    I don't know.
 9         Q    Do you still have that phone?
10         A    No.
11         Q    Did you throw it away?
12         A    Yes.
13         Q    You personally threw the phone away?
14         A    Yeah.
15         Q    When did you throw the phone away?
16         A    I don't remember.
17         Q    Was it before you started this lawsuit?
18         A    Yes.
19         Q    Was it shortly after this incident?  Was
20    it a long time after the incident?
21         A    I don't remember.
22         Q    Do you currently have a cell phone?
23         A    Yes.
24         Q    Is it on the same account as that old
25    phone?
```