1

2   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
3   ----------------------------------------X
    G.S., a minor below the age of 18, by her
4   father and natural guardian, MORRIS S.,

5                                    PLAINTIFFS,

6          -against-              Case No:
                                  15-CV-3086
7
    CONGREGATION LEV BAIS YAAKOV d/b/a LEV BAIS
8   YAAKOV HIGH SCHOOL, RIVKA ORATZ and SHMIEL
    DEUTSCH a/k/a SAM DEUTSCH,
9
                                     DEFENDANTS.
10  ----------------------------------------X

11

12                   DATE:  December 3, 2015

13                   TIME:  10:30 A.M.

14

15

16           VIDEOTAPED DEPOSITION of the

17  Defendant, LEV BAIS YAAKOV HIGH SCHOOL, by

18  a witness, BATYA BARBARA SOCHACZEWSKI,

19  taken by the Plaintiffs, pursuant to a

20  Court Order and to the Federal Rules of

21  Civil Procedure, held at the offices of The

22  Berkman Law Office, LLC, 111 Livingston

23  Street, Brooklyn, New York 11201, before

24  Breindle Sara Friedman, a Notary Public of

25  the State of New York.

```
 1

 2    A P P E A R A N C E S :

 3


 4    THE BERKMAN LAW OFFICE, LLC
         Attorneys for the Plaintiffs
 5       111 Livingston Street
         Brooklyn, New York 11201
 6       BY:  ROBERT TOLCHIN, ESQ.

 7


 8    RUTHERFORD & CHRISTIE, LLP
         Attorneys for the Defendants
 9       800 Third Avenue
         New York, New York 10022
10       BY:  ADAM GUZIK, ESQ.
         File #:  212.472
11

12

13

14    ALSO PRESENT:
         Nathaniel Armstrong, Videographer
15       Diamond Reporting & Legal Video

16

17              *         *         *

18

19

20

21

22

23

24

25
```

```
 1                    B. SOCHACZEWSKI
 2   really presented the problem and he made
 3   the decision.
 4        Q.    Let's talk about that call.
 5   You mentioned that you received a phone
 6   call?
 7        A.    I came out of class teaching
 8   one day.  Again, I am new.  It's very, very
 9   beginning.
10        Q.    It's December.
11        A.    Pretty beginning.  For me it
12   was the beginning.  As I passed the
13   secretary desk she told me that a woman had
14   called several times not identifying
15   herself but insisting with speaking to any
16   principal.  I said okay, transfer it.
17        Q.    This woman was on the phone
18   again?
19        A.    Right.  As I was passing by the
20   office, so I said transfer it into my
21   office and I answered the phone.  The woman
22   had a lot of emotion in her voice.  Her
23   voice was shaking.  It seemed to be
24   difficult.  She refused to identify
25   herself.  She said you will understand that
```

```
 1                   B. SOCHACZEWSKI
 2    I can't.  She said that she -- you want to
 3    hear the whole --
 4         Q.    Tell me what she said to you
 5    and what you said to her during that call.
 6         A.    She said that she periodically
 7    just does spot checks on her son's phone.
 8    If I recall correctly she said her son was
 9    in eighth grade.  Found -- she just does
10    this as a good parent to check to see what
11    was going on her son's phone.  Found a nude
12    picture of a girl on it.  Shocked she
13    confronted her son who said oh, that is
14    using the plaintiff's name, tenth grade Lev
15    Bais Yaakov and she asked her son where did
16    you -- she was horrified.  Where did this
17    come from.  She said, oh, she sent it to a
18    certain boy who then sent it to several
19    other boys.  I asked her at that point can
20    you send me the picture and she said my
21    husband is a lawyer.  He said it's child
22    pornography, I cannot send it to you.  He
23    told me to get rid of it.  He told me to
24    get rid of it.  He told me you do not want
25    to be in possession of this picture even
```

```
 1                    B. SOCHACZEWSKI
 2    for a second.  It made sense to me although
 3    I would have liked to have possession of
 4    the picture not that I wanted, but she said
 5    I will describe to you.  And she proceeded
 6    to describe -- I don't remember exactly the
 7    words that she said, but in my mind she was
 8    very credible.  She described what the
 9    plaintiff looked like.  She described what
10    the plaintiff looked like and again, she
11    said my son said it's ██████ ████████
12    That's what she said.  Tenth grade Lev Bais
13    Yaakov High School.  The description
14    matched the girl that was sitting in our
15    classroom.
16            Q.    What was the description?
17            A.    I asked her -- she described
18    her hair.  I can't remember exactly at this
19    point.  It's two years ago.
20            Q.    Blond hair?
21            A.    Blond hair.  A little wild
22    blond hair.  I don't remember the exact
23    conversation.
24            Q.    Anything else?
25            A.    To me at the time it sounded
```

```
 1                    B. SOCHACZEWSKI
 2    very, very credible.  Again when I said
 3    maybe you should send me the picture she
 4    said her husband said it's absolutely not,
 5    it's child pornography.  I cannot be in
 6    possession.  I cannot send it.  I am
 7    deleting it.  I hung up the phone.  I saw
 8    -- the first person I saw was Tova Bollag
 9    our student advocate, our social worker and
10    I told her what happened.  I was shaking.
11    It was really something I had never
12    experienced before.  Did not want to have
13    to experience something like this.  I
14    thought I had a plan in place for her from
15    that parent meeting of how we were going to
16    try to deal and accommodate her as best as
17    we can and see if the accommodation plan
18    that I had come up with the parents could
19    be put into place.  And this was right
20    after and to try to help her academically
21    and see if the plan that I had put into
22    place could work and we could keep her as a
23    successful student in the school.  And if
24    not then reevaluate it in the spring with
25    the parents and come to try to think of
```

```
 1                    B. SOCHACZEWSKI
 2    something that is going to help her.  This
 3    really just -- it just threw me.  I told
 4    Tova and then I told -- I told Tova what
 5    happened.  She told -- I said we really --
 6    the number is still on the caller ID, maybe
 7    I should call her back and ask her again
 8    for the picture.  And she said absolutely
 9    not.  There was a case near where she lived
10    of a principal that received a picture of a
11    student in similar circumstances and was
12    arrested and absolutely not, you cannot be
13    in possession of something like that.  So I
14    felt like my hands at this point were tied.
15    To the best of my recollection I can't say
16    it's accurate, I think then Mrs. Oratz
17    walked in.  I think that she might have
18    been teaching at the same time or wherever
19    she was coming into the offices we told her
20    what happened.  And I did not know the
21    protocol yet of the school.  I wasn't used
22    to how things of this nature is dealt with.
23    And to my recollection Mrs. Oratz said that
24    we have to go Rabbi Deutsch.  This is Rabbi
25    Deutsch's -- Rabbi Deutsch has to handle
```

```
 1              B. SOCHACZEWSKI
 2   this.  This is beyond what we can do.
 3          Q.    It was Oratz's idea to take it
 4   to Deutsch?
 5          A.    That was the protocol.  It
 6   could be Tova was part of the decision.  I
 7   was new.  I didn't know --
 8          Q.    It wasn't your idea?
 9          A.    It wasn't my idea because I
10   wasn't a hundred percent sure of what the
11   protocol in the school.  My old school I
12   would know who to go to with this kind of
13   this nature.  I didn't have so much
14   dealings with Rabbi Deutsch at this point.
15   At this point I would know that is the kind
16   of decision you bring to him.  But
17   Mrs. Oratz spent the first year holding my
18   hand and showing me the ropes of the
19   cultural of the school.  Very, very
20   different than my previous school.  A lot
21   more open communication with the parents
22   which I think is wonderful, more open
23   communication with the students.  I didn't
24   know the protocol.  So I believe to the
25   best of my recollection it was Mrs. Oratz
```

```
 1                    B. SOCHACZEWSKI
 2    that said.  It could be Tova also said it
 3    and the three of us went down to the office
 4    and presented to it Rabbi Deutsch.
 5          Q.    Did any of you discuss whether
 6    you should call the plaintiff and ask her
 7    about this allegation?
 8          A.    My first -- again, I don't
 9    remember if I had said this out loud or if
10    it was just my initial reaction before I
11    met Tova, was to call the plaintiff in and
12    ask to see her phone.  I was just saying
13    when I thought about it I was afraid that
14    that would be considered a violation of her
15    privacy to make her show me her phone right
16    then.
17          Q.    How about to say I got this
18    call and this is what someone said?
19          A.    I was uncomfortable.  I was
20    uncomfortable with it.  I thought about
21    doing that but I was uncomfortable with
22    that.  I thought of also -- again, I don't
23    know if I verbalized this with Mrs. Oratz
24    and Tova or if it was just in my mind, just
25    I thought of it.  I thought of maybe
```

<pre>
 1                    B. SOCHACZEWSKI
 2    calling -- having the secretary call the
 3    parents to come down immediately, have them
 4    look through her phone in front of us.  It
 5    just wasn't very practical.  It was hard to
 6    deal with the mother.  The mother is hard
 7    of hearing and I found it difficult to have
 8    a conversation with her.  I am not great at
 9    it as much as I would try.  And calling the
10    father down, it was already -- I don't
11    remember what time of day it was.  We just
12    decided that we will have the conversation
13    with the parents.  I am sorry.  We just
14    decided we are going down to Rabbi Deutsch
15    and let Rabbi Deutsch make the decision on
16    how to proceed.  If he wants to call the
17    parents down he can call the parents.
18    Whatever he did, whatever he made the
19    decision to do.
20         Q.    Is it correct you have no idea
21    who the caller was?
22         A.    That is correct.  She refused
23    to identify.  I believe --
24         Q.    The caller's number was in the
25    caller ID of the school?
</pre>

```
 1                     B. SOCHACZEWSKI

 2         A.    At that time and that is why --

 3         Q.    Did you write it down?

 4         A.    I didn't.  I was shaken.

 5         Q.    It's a yes or no question.

 6         A.    No, I did not write it down.

 7         Q.    Did you make any notes while

 8    you were talking to the caller?

 9         A.    I might have been doodling

10    making notes.  I sometimes do that.  It

11    wasn't anything that I kept past that

12    point.

13         Q.    Did you write up any kind of a

14    memo or official note to put in the

15    plaintiff's folder about what had happened?

16         A.    I didn't.  I was shaken.  I

17    spoke to Tova, Mrs. Oratz and we worked it

18    out.

19         Q.    Did Mrs. Oratz or Mrs. Bollag

20    make any note about the conversation?

21         A.    I have no idea.

22         Q.    Did you recognize the caller's

23    voice?

24         A.    No.  Not at all.

25         Q.    Did it seem familiar in any
```

```
 1                    B. SOCHACZEWSKI
 2   way?
 3        A.    No.
 4        Q.    Do you know the identity of the
 5   boy?
 6        A.    No.  She was protecting that.
 7        Q.    Protecting him from what?
 8        A.    She was protecting her son.
 9   She didn't need it to get back -- she
10   didn't tell me school he was going to.
11        Q.    Didn't want it getting back to
12   his school?
13        A.    Right.
14        Q.    She was worried her son might
15   get thrown out of his school?
16        A.    I can't say what she was
17   worried about.  She just said I can't get
18   my son involved.  He says he got it from
19   someone else who sent it to several boys.
20        Q.    Potentially there was a whole
21   class of boys --
22        A.    I don't know.
23        Q.    -- who were transgressing
24   what's a major problem in the realm of
25   Jewish schools and she was -- this voice on
```

1                    B. SOCHACZEWSKI

2    the phone was protecting all that?

3            A.    I have no knowledge of what was

4    going through her mind.  She told me she

5    has to protect her son.  She can't say her

6    identity or the school that the child goes

7    to.

8            Q.    She was protecting her son --

9            A.    She did not say at all that it

10   was members of the boy's class.  I believe

11   that it could be a faulty recollection,

12   that she told me that her son was in eighth

13   grade.  It could have been neighborhood

14   boys.  I have no idea.  She just said it

15   was sent to another boy and the boy

16   subsequently sent it to several other boys.

17           Q.    This caller on the phone while

18   protecting her own son and potentially his

19   friends was calling the girl's school which

20   would obviously result getting her in

21   trouble, that is a way to describe what

22   happened?

23           A.    I can't tell you what was going

24   through her mind.  She felt --

25           Q.    I didn't ask what was in her

1                    B. SOCHACZEWSKI

2    mind.  Looking at her actions, at the same

3    time she was protecting her son and his

4    friends, but simultaneously getting the

5    girl involved in trouble, that is the

6    schematic diagram of what's going on.

7         A.    I can't answer that because I

8    don't know what she did.  She may have

9    contacted the other parents or the school

10   that the other boys attended.

11        Q.    But she said she needed to

12   protect her son.  If she had contacted her

13   son's school and told them about it there

14   wouldn't be any problems to identify

15   herself.

16        A.    I don't know that the boy who

17   supposedly disseminated the information,

18   disseminated the picture is in her son's

19   school.  I have no knowledge of this, so I

20   can't answer.

21        Q.    Did you tell the mother that

22   she should report it to her son's school?

23        A.    I did not.  I was shaken.  I

24   did not.

25        Q.    Did you call the police?

```
  1                    B. SOCHACZEWSKI

  2          A.    No.

  3          Q.    This mother just told you that

  4    her husband the lawyer had told her that

  5    she was in possession of child pornography

  6    and that it was illegal.  That is what you

  7    told me, correct?

  8          A.    I did not think it through like

  9    that.  I was shaken.  I spoke to

 10    Mrs. Bollag and Mrs. Oratz, we went to

 11    Rabbi Deutsch to make a decision.

 12          Q.    Are you a mandated reporter of

 13    child abuse?

 14          A.    If I see child abuse -- any

 15    school official is a mandated reporter if

 16    they see --

 17          Q.    If they become aware of what,

 18    what do you have to mandatorially report?

 19          A.    If there is child abuse

 20    suspected.  If there is a credible --

 21          Q.    Would a minor being -- would a

 22    minor sending out pornographic pictures of

 23    herself or somebody possessing pornographic

 24    pictures of a minor be a child abuse

 25    situation?
```

                    B. SOCHACZEWSKI

 1          A.    I can't tell you for sure, but
 2   I would say that if someone's sending
 3   pictures of themselves, that is not a child
 4   abuse situation.
 5          Q.    What about somebody possessing
 6   naked pictures of a minor, is that --
 7          A.    I would imagine so.
 8          Q.    This mother just told you that
 9   the picture was of a nature that her
10   husband the lawyer had said she could go to
11   jail for possessing it, right?
12          A.    Right.
13          Q.    Your social worker Ms. Bollag
14   told you that a principal had even gone to
15   jail for possessing such a picture even in
16   a benign circumstance?
17          A.    Correct.
18          Q.    Why would you think that
19   possessing such a picture would not be a
20   reportable issue?
21          A.    I was dealing with the issue
22   that had just been thrown on my plate.  I
23   was not thinking in terms of the woman now
24   has a picture that was -- her son had.  She

1                    B. SOCHACZEWSKI

2      told me she's deleting it.  She wants no

3      part of it.  To me that is just something

4      that just happened.  Also --

5            Q.    Did you go through training

6      about mandated reporting?

7            A.    Many, many -- actually, I will

8      tell you the truth is I don't even know if

9      I did.  If I did it was many years ago.

10           Q.    Were you ever instructed that

11     when you have a situation that you are not

12     sure whether it's to be reported or not you

13     should report it and let the authorities

14     make the determination whether there is

15     something that needs to be reported or not?

16           A.    Not to my knowledge.  To me

17     this was not --

18           Q.    That never happened?

19           A.    No.  To me this was not a

20     clearcut thing of child abuse.  Meaning

21     that her underage son who was younger than

22     the plaintiff received a picture

23     purportedly sent through --

24           Q.    The underage son, the mother,

25     presumably the underage son's father the

```
 1                    B. SOCHACZEWSKI
 2   lawyer, and other boys in the class all had
 3   this piece of child pornography.
 4        A.    The mother didn't posses it.
 5   It was on her son's phone.
 6        Q.    Which was now in her hand which
 7   she was looking at.
 8        A.    I did not think so far into
 9   this.
10        Q.    Needless to say, you did not
11   report it?
12        A.    Correct.
13        Q.    And the mother told you she was
14   deleting it?
15        A.    Yes.  She said her husband said
16   that it's not -- that it's something that
17   -- she told me my husband said you don't
18   want to have possession and we cannot have
19   possession of this.
20        Q.    Would you agree that once the
21   picture is deleted there is no way to look
22   at it and see if it was really the
23   plaintiff?
24        A.    There is technology today if
25   you possessed the cell phone of the
```

```
 1                   B. SOCHACZEWSKI
 2    plaintiff, if you possessed any of these if
 3    you know the provider, in technology you
 4    could get it back.
 5          Q.    But you can't do that if the
 6    woman says she deleted it, didn't send it
 7    to you and you didn't write down her phone
 8    number and you don't know her name, there
 9    is no way to get it back now, right?
10          A.    I am not a technology expert so
11    I really can't answer that question.
12          Q.    You think you can get it back
13    from someone if you don't even know who it
14    is?
15          A.    No.  Not from that avenue.
16    Perhaps from the plaintiff's side.  If the
17    plaintiff's phone was produced or if the
18    plaintiff's provider was produced.
19          Q.    From that angle?
20          A.    From that angle there is a
21    possibility.  Again, I am not a
22    technologist.
23          Q.    If it had truly emanated from
24    the plaintiff, that would only apply if it
25    had truly emanated from the plaintiff.
```

```
 1                  B. SOCHACZEWSKI
 2          A.    I would imagine so.
 3          Q.    There is a lot of people in the
 4   world who have blond wild hair, right?
 5          A.    There are.  There were also --
 6   but there was other identifying features
 7   such as her name, the school and the
 8   classroom.
 9          Q.    What we have there was this
10   woman who you don't know who it is said
11   that her son who you don't know who it is
12   said that it was G.S. from Lev Bais Yaakov,
13   right?
14          A.    Correct.
15          Q.    So it was three layers of
16   hearsay?
17          A.    Correct.  I can just tell you
18   to me it sounded like a very credible call.
19   The woman's voice was shaking.  If I can't
20   get the picture because it's child
21   pornography I didn't see what other avenue
22   to do and that is why it was not my
23   decision.  I just presented the facts.
24          Q.    You can call the police and let
25   the police check out the picture.
```

```
 1                    B. SOCHACZEWSKI
 2            MR. GUZIK:      Objection.  Is
 3        that a question?
 4        Q.   Wouldn't that be an option you
 5   could have followed?
 6        A.    It's not something that I would
 7   even have thought of.
 8        Q.    You could call the school's
 9   rabbinic advisory board, call Rabbi Cohen
10   and Rabbi Kamenetsky and say what should I
11   do; is that something you could do?
12        A.    That is something that is
13   really Rabbi Deutsch's as the executive
14   director.  That was the protocol there was.
15   We went with him to Rabbi Deutsch.  We went
16   with the situation to Rabbi Deutsch.  At
17   that point I would not have thought to call
18   Rabbi Deutsch -- Rabbi Cohen.  I put it in
19   Rabbi Deutsch's lap.
20        Q.    Would you agree with me that
21   there is other ways that the caller might
22   have been able to describe the plaintiff
23   other than seeing a naked picture of her on
24   her son's phone?
25        A.    I am not sure that I understand
```

```
 1                    B. SOCHACZEWSKI
 2    the question.
 3         Q.    You say that the caller gave a
 4    description of the plaintiff's appearance,
 5    correct?
 6         A.    Correct.
 7         Q.    Would you agree with me that
 8    the fact that she was able to give a
 9    description of the plaintiff's appearance
10    does not necessarily mean that she had seen
11    a naked picture of the plaintiff, correct?
12         A.    Correct.
13         Q.    She could simply be somebody
14    who knows the plaintiff?
15         A.    That could be.
16         Q.    I could give a description of
17    Mr. Guzik, right?
18         A.    Correct.
19         Q.    Doesn't mean I have a naked
20    picture of him, does it?
21         A.    Correct.
22         Q.    If a person was looking to hurt
23    the plaintiff by making a false report that
24    the plaintiff had sent a naked picture of
25    herself, a person could do that, correct?
```

```
 1                    B. SOCHACZEWSKI
 2         A.    Technically.  I don't believe
 3    it was the case.
 4         Q.    But you have no way to know?
 5         A.    I can just -- being a judge --
 6    being -- dealing with people on a daily
 7    basis for so long the call sounded
 8    credible.  The woman was shaking.  She did
 9    not sound like she wanted to make this
10    phone call.  It sounded just like she felt
11    that she had to do it.  And as far as I
12    could determine she sounded very credible.
13         Q.    Isn't it possible that the
14    reason --
15              MR. GUZIK:  Can you let my
16         client finish her sentence?
17              MR. TOLCHIN:  She finished.
18              MR. GUZIK:  No, she didn't.
19         You keep interrupting her.
20         A.    I felt it was credible.  That
21    she sounded credible to me.  I had tried to
22    get ahold of the picture.  She told me what
23    her husband who was a lawyer had said.  It
24    did make sense to me and I felt that I
25    couldn't -- that there was nothing else I
```

1                      B. SOCHACZEWSKI

2    can do and that is why we presented it to

3    Rabbi Deutsch.

4         Q.    Have you ever-- isn't it

5    possible that the person who called was

6    nervous because they were calling in a

7    false report of some kind of grievous

8    conduct, wouldn't that maybe somebody

9    nervous?

10        A.    Possibly.

11        Q.    You are lying, that is why you

12   are nervous?

13        A.    Possibly.

14             MR. GUZIK:  Is that a question?

15        A.    That did not sound like that to

16   me.  To me it sounded like someone that was

17   conflicted because they did not really want

18   be involved with this especially she has

19   her son involved and just felt it was her

20   responsibility to do so.  That is how it

21   sounded to me.

22        Q.    Did you ever hear of someone

23   being prosecuted for possession of child

24   pornography?

25        A.    You do hear it on the news

```
 1                    B. SOCHACZEWSKI
 2    every once in a while.  It's not something
 3    that I am --
 4          Q.    But it happens, there are
 5    people in jail for child pornography.
 6                    MR. TOLCHIN:  Can you stop
 7               waving your hands in front of the
 8               camera.
 9                    Let the record reflect Counsel
10               is waving his hand like a monkey.
11          Q.    You have heard of people who
12    were convicted for child pornography?
13          A.    I definitely have heard.
14          Q.    Would you agree with me that
15    that means that the police officer, the
16    prosecutor, the judge, the jury, probably
17    even the defense lawyer all at some point
18    saw a copy of whatever was the alleged
19    pornography?
20          A.    Possibly.  I have no firsthand
21    knowledge of any this.  This is really not
22    within my realm.
23          Q.    Have you ever heard of somebody
24    being convicted for possession of child
25    pornography that nobody saw and was
```

```
 1                    B. SOCHACZEWSKI
 2    deleted?
 3         A.    I have never heard of anything
 4    like that.
 5         Q.    Could you imagine going to jail
 6    for that, somebody said I have a picture of
 7    child pornography but I deleted it and you
 8    can't see it and I am not going to tell you
 9    who I am, can you imagine somebody being
10    prosecuted for that?
11         A.    No.  That is not police.
12         Q.    That would be really unfair,
13    right?
14         A.    This is not -- there was no
15    criminal action involved here.  This is a
16    private school making a decision.
17         Q.    Based on a report from an
18    anonymous caller about something that
19    nobody saw.
20              MR. GUZIK:  Is there a
21         question?
22         Q.    Is that correct?
23         A.    I would guess so.
24              THE VIDEOGRAPHER:  This marks
25         the end of tape two.  Time is 12:54
```

```
 1                  B. SOCHACZEWSKI

 2            p.m. on December 3, 2015.  We are now

 3            off the record.

 4                 (Whereupon, a brief recess was

 5            taken.)

 6                 THE VIDEOGRAPHER:  This marks

 7            the beginning of tape three in the

 8            deposition of Batya Barbara

 9            Sochaczewski.  Time is 1:03 p.m. on

10            December 3, 2015.  We are now back

11            been on the record.  You may proceed.

12            Q.    Based on the call, was there

13     any way to determine, assuming there was a

14     picture of the plaintiff, is there any way

15     to determine when that picture had been

16     taken?

17            A.    I have -- that is not something

18     that I would have knowledge of.

19            Q.    Is it possible -- based on the

20     information you have, isn't it possible the

21     picture was from a year before?

22            A.    Anything is possible.  I have

23     no way of knowing that.

24            Q.    You had no way to know if that

25     was a current picture or an old picture?
```

                         B. SOCHACZEWSKI

1

2        A.    I have no way of knowing.

3        Q.    I know you said you found the

4    caller believable.  But really you have no

5    way of knowing for sure whether the caller

6    was telling the truth or just making it up,

7    correct?

8        A.    I can just tell you what my gut

9    feeling was based on experience --

10       Q.    You have no way of knowing --

11       A.    -- emotion in her vice.

12       Q.    -- if the caller was mistaken?

13       A.    To me she sounded very

14   credible.

15       Q.    One possibility would be that

16   the caller was making up what happened.

17   Wouldn't another possibility be that yes,

18   indeed, the boy had a naked picture of some

19   wild blond hair girl and he said that is

20   G.S. from Lev Bais Yaakov?

21       A.    Anything is possible.  It

22   sounds to be pretty far-fetched.  Anything

23   is possible.

24       Q.    An eighth grade yeshiva boy who

25   is caught by his mommy with a naked girl's

1                    B. SOCHACZEWSKI

2    picture in his phone would be likely to

3    make up a far-fetched story to get out of

4    trouble, wouldn't he?

5         A.    Why use the -- I don't see the

6    point of using specifically that the

7    plaintiff's name.  Could be any -- make up

8    a name.  Why --

9         Q.    He could make up a name?

10        A.    He could make up any name.  Why

11   specifically that name.  They could just

12   make up a name that doesn't exist.  To me

13   that sounds really very far-fetched.

14        Q.    That would be a good question

15   why he would choose a name, but you agree

16   he could make up a name?

17        A.    Anything is possible.

18        Q.    Was there a reason you didn't

19   write down the number on caller ID?

20        A.    My initial reaction -- not my

21   initial reaction, but as soon as I

22   discussed with it Tova and Tova said -- I

23   said to Tova Bollag our student advocate

24   maybe the number is still on caller ID in

25   the secretary's office, maybe we should

```
 1                B. SOCHACZEWSKI
 2   call back and ask again for the picture.
 3   She told me picture -- you can't be in
 4   possession of that picture.  She told me
 5   about what happened with the principal in
 6   the Five Towns.  At that point I didn't see
 7   the purpose of writing down the number.
 8        Q.   An issue of being -- one issue
 9   of being in possession of the picture,
10   maybe you could call the person back and go
11   over to her house and see it?
12        A.   She told me she was deleting
13   it.  She told me her husband was a lawyer.
14   She sounded like she wanted out of this
15   whole situation quickly.  I didn't think of
16   a situation like that.  I did not think of
17   that kind of a situation.  She didn't want
18   to identify herself so I doubt that she
19   would have given me her address.  When I
20   asked her who is calling she wouldn't give
21   me her name.
22        Q.   Would you agree with me that if
23   there was a naked picture of the plaintiff
24   that the plaintiff might have been being
25   victimized in some way?
```

```
 1                     B. SOCHACZEWSKI
 2          A.    I have no way of knowing that.
 3    I have no way of knowing that.
 4          Q.    Would you agree with me that
 5    if, for example, the plaintiff had been
 6    tricked by an adult to pose nude for
 7    pictures and that adult was then
 8    disseminating the picture or selling the
 9    picture, that would be an example of the
10    plaintiff being victimized?
11          A.    I really don't know.
12          Q.    Have you ever heard of young
13    girls being tricked into posing for
14    pornography?
15          A.    I have heard of it.  I have not
16    heard of it in our circles.
17          Q.    Really?
18          A.    Could be that it happens.  It's
19    not something that I have personal
20    knowledge of.
21          Q.    Did you ever hear of a
22    situation where a man was selling or
23    sharing pornography pictures of little
24    boys?
25          A.    In our community, no.
```

                         B. SOCHACZEWSKI

1

2          Q.    A man who had a child or

3    children attending Shulamith High School?

4          A.    Never heard of it.

5          Q.    Did you hear of a situation

6    where those boys were identified by a rabbi

7    someplace who saw the picture and tracked

8    down who the boys were based on the

9    furniture or carpet in the background of

10   the picture?

11         A.    I never heard of any of this.

12         Q.    You never heard that story?

13         A.    No.  It sounds like I am glad

14   that I haven't.  It's not something that I

15   heard of.  It's my first time hearing this.

16         Q.    When you heard that there was

17   this naked picture of the plaintiff, did it

18   remotely cross your mind that the plaintiff

19   may have been victimized by somebody?

20         A.    No.

21         Q.    Have you ever heard of somebody

22   rigging a camera to take pictures of women

23   without their knowledge when they are in

24   states of nudity?

25         A.    I have heard that.

```
 1                    B. SOCHACZEWSKI
 2        Q.    Did that happen within the
 3   orthodox Jewish Community?
 4        A.    Not that I can clearly recall.
 5   It could happen.  I am not saying that it
 6   can't happen.  I can't recall of anything.
 7        Q.    Did you ever hear that a rabbi
 8   rigged a camera within a women's mikvah in
 9   order to take pictures of women?
10        A.    I feel like I am living in a
11   different century.  I never heard of any of
12   this.
13             MR. GUZIK:  Can you explain the
14         Hebrew words?
15        Q.    Ritual bath.  You did not hear
16   that a rabbi of the prominent synagogue in
17   Washington, D.C., was recently arrested and
18   prosecuted and sentenced to many years in
19   jail for photographing women in the mikvah
20   through a hidden camera in a clock radio
21   within the mikvah?
22        A.    No.
23        Q.    You didn't hear that?
24        A.    I didn't hear that.  I did not
25   hear that.
```

1                    B. SOCHACZEWSKI

2          Q.     Have you ever heard of a

3     peeping Tom?

4          A.     I have heard the expression.  I

5     certainty heard the expression.

6          Q.     Have you ever heard of people

7     putting a camera in a dressing room, a

8     changing room, a locker room, a bathroom?

9          A.     I have definitely heard of

10    people doing that.  I am just saying --

11         Q.     But those are all ways that a

12    naked picture of somebody could exist and

13    the person in the picture is truly a

14    victim.

15                 MR. GUZIK:  Is that a question?

16         Q.     Correct?

17         A.     Possibly.

18         Q.     When you got this call from

19    this mother, did you take any steps to

20    determine if the plaintiff had been a

21    victim?

22         A.     I did not.  I did not think in

23    those terms because I didn't -- I did not

24    see how something like that can be

25    determined.

1                    B. SOCHACZEWSKI

2          Q.      You said that you didn't think

3     it was a potential issue of child abuse if

4     the plaintiff herself had sent out a

5     picture?

6          A.      Correct.

7          Q.      Let's relate back to what you

8     told us earlier about the naive girl who

9     had been texting with someone who she had

10    never met, right, and he was tricking her?

11         A.      I don't know if he was tricking

12    her.  He was setting up to meet her.  And I

13    didn't see the conversation.  I heard about

14    the conversation through a parent who is

15    friends of the girl who was nervous for her

16    and therefore told the parent.  The parents

17    contacted us and that is why we contacted

18    the parents.  The parents came down.  The

19    parents came down, didn't believe it at

20    first.  The parents are a little naive as

21    well and then we called in the girl and she

22    admitted it.  We took it from there.

23    Again, that was not a red line that was

24    crossed in my mind at least.

25         Q.      Have you ever heard of an adult

```
 1                    B. SOCHACZEWSKI
 2   trying to or an older person trying to
 3   trick a young girl over the internet?
 4        A.    I have definitely heard of
 5   cases like that.
 6        Q.    Have you heard of cases where
 7   within the Jewish Community where an adult
 8   tried to trick a high-school-aged girl into
 9   engaging in sexual conduct whether it's
10   pictures or physical contact?
11        A.    I can't think of anything
12   offhand.  I will concede it could happen.
13        Q.    Did you ever hear of the case
14   of Rabbi Nathan David Rabinovich?
15        A.    I did hear.
16        Q.    You heard about that case?
17        A.    I did hear.
18        Q.    He tried to have a sexual
19   liaison with a 14-year-old girl that he met
20   over the internet, that was the allegation.
21        A.    That was the allegation.
22        Q.    If he had tricked the girl into
23   sending him a naked picture of herself she
24   would be a victim, right?
25        A.    Yes.  I guess so.
```

```
 1                   B. SOCHACZEWSKI
 2         Q.    Should she be thrown out of
 3    school after being victimized like that?
 4         A.    Again, I would need all the
 5    facts in front of me.
 6         Q.    You don't know whether --
 7         A.    I don't know what the facts
 8    from the case are.  I don't know specific
 9    facts; What led up to it, what the history
10    was.  It's just something that you are
11    pulling out of a hat.  I can't really make
12    a clear determination of that.
13         Q.    As we just said these things do
14    happen within the Jewish community; there
15    is no immunity?
16         A.    Correct.
17         Q.    Michael Sabo, did you ever hear
18    of Michael Sabo?
19         A.    No.
20         Q.    That is the one with the gay --
21         A.    The Shulamith kids?
22         Q.    Four daughters in Shulamith.
23         A.    I live so close to Shulamith
24    and I can't even -- I never heard of it.
25         Q.    Multiple daughters in Shulamith
```