```
 1

 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     G.S., a minor below the age of 18, by her
 4   father and natural guardian, MORRIS S,

 5                                    PLAINTIFF,

 6
              -against-           Case No.:
 7                                15-CV-3086

 8
     CONGREGATION LEV BAIS YAAKOV d/b/a LEV BAIS
 9   YAAKOV HIGH SCHOOL, RIVKA ORATZ and SHMIEL
     DEUTSCH a/k/a SAM DEUTSCH,
10
                                    DEFENDANTS.
11   ------------------------------------------X

12

13              DATE:  December 1, 2015

14              TIME:  10:29 A.M.

15

16

17         VIDEOTAPED DEPOSITION of the

18   Defendant, RIVKA ORATZ, taken by the

19   Plaintiff, pursuant to a Court Order and to

20   the Federal Rules of Civil Procedure, held

21   at the offices of The Berkman Law Office,

22   LLP, 111 Livingston Street, Brooklyn, New

23   York 11201, before Breindle Sara Friedman,

24   a Notary Public of the State of New York.

25
```

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

1

2    A P P E A R A N C E S:

3

4    THE BERKMAN LAW OFFICE, LLC
         Attorneys for the Plaintiffs
5        G.S., a minor below the age of 18, by her
         father and natural guardian, MORRIS S
6        111 Livingston Street
         Brooklyn, New York 11201
7        BY:  ROBERT TOLCHIN, ESQ.

8

9    RUTHERFORD & CHRISTIE, LLP
         Attorneys for the Defendants
10       CONGREGATION LEV BAIS YAAKOV d/b/a LEV
         BAIS YAAKOV HIGH SCHOOL, RIVKA ORATZ and
11       SHMIEL DEUTSCH a/k/a SAM DEUTSCH
         800 Third Avenue
12       New York, New York 10022
         BY:  ADAM GUZIK, ESQ.
13       File #:  212.472

14

15   ALSO PRESENT:
         Nathaniel Armstrong, Videographer
16       Diamond Reporting & Legal Video

17
                    *          *          *
18

19

20

21

22

23

24

25

```
 1                      R. ORATZ
 2   call.  She would be the one to document.
 3        Q.    Did you review the documents in
 4   the red book before you, before coming to
 5   deposition today?
 6        A.    I reviewed what I had sent in
 7   and I reviewed as much as I can.
 8        Q.    Did you see any document that
 9   contained notes or a memo regarding that
10   call?
11        A.    I didn't notice any.
12        Q.    From your knowledge, who
13   received the call?
14        A.    My general studies principal
15   said she had received it when I came back
16   to the building.  That is what she told me.
17        Q.    That is Mrs. Sochaczewski?
18        A.    Right.
19        Q.    Do you know the date that that
20   call came in?
21        A.    I don't recall the date.  I
22   know it was close to the deadline of
23   seminaries because that is what I was doing
24   in Staples, getting the materials to send
25   off.
```

```
 1                      R. ORATZ
 2         Q.    Was that in December 2013?
 3         A.    That makes sense based where I
 4    was in Staples.
 5         Q.    December 2013?
 6         A.    Was it 2013?  That I could look
 7    up and tell you.
 8         Q.    She came into the school for
 9    the 12/13 year and this was already in her
10    tenth grade year, so December of '13?
11         A.    That would make sense, yes.
12         Q.    You came back from Staples and
13    you saw Ms. Rabbi Deutsch and what did she
14    say to you?
15         A.    She was sitting in the company
16    of Mrs. Bollag.
17         Q.    That is the social worker?
18         A.    Right.  And she said there is
19    this call that came in they had to discuss
20    it with us -- me.
21         Q.    Other than telling you that a
22    call came in, what did she tell you about
23    the call?
24         A.    She mentioned that the
25    secretary gave her the call and --
```

```
 1                      R. ORATZ
 2         Q.    Who was the call from?
 3         A.    I don't know.  She said a
 4   mother of a boy.  Again, I am not the
 5   primary source.  I can only tell you what I
 6   remember her telling me.
 7         Q.    A mother of a boy?
 8         A.    Right.
 9         Q.    Did the mother of a boy give
10   her name?
11         A.    I don't know.  To the best of
12   my recollection, no.
13         Q.    Did you look at Mrs. Rabbi
14   Deutsch and say who is it, who is the
15   caller?
16         A.    She said that she didn't, from
17   what I can remember, she didn't get that
18   information.
19         Q.    She didn't get the -- it was an
20   anonymous call?
21         A.    If I understood her correctly,
22   but I am not the primary source, so I don't
23   know.
24         Q.    As far as you know --
25         A.    As far as I can recollect what
```

```
 1                       R. ORATZ
 2   she told me at that time.
 3        Q.    From what she told you at that
 4   meeting?
 5        A.    Right.
 6        Q.    In fact later, skipping ahead,
 7   you were present at the meeting with the
 8   plaintiff's parents?
 9        A.    Right.
10        Q.    During that meeting, was it
11   also told that it was an anonymous call or
12   something else?
13        A.    Again, there was a lot of
14   yelling.  It was not a very lucid type of
15   meeting.  I don't know if Rabbi Deutsch put
16   in the adjective.  I don't know.
17        Q.    The call was anonymous.  You
18   don't -- to this day, do you know who
19   called?
20        A.    I don't have any way of knowing
21   that.
22        Q.    Has Mrs. Sochaczewski told you
23   that she knows who the caller was?
24        A.    She never told me such a thing.
25        Q.    Has Shmiel Deutsch told you
```

```
 1                        R. ORATZ
 2    that he knows who the caller was?
 3          A.    He never told me anything about
 4    it either way.
 5          Q.    As you sit here today, you have
 6    zero information about who the caller was?
 7          A.    Correct.
 8          Q.    What was the content of the
 9    call?
10          A.    I can only conjecture based on
11    what I remember they told me.  I didn't
12    pick up the phone.
13          Q.    I don't want you to conjecture.
14    I want you to tell me what Mrs.
15    Sochaczewski told you this anonymous caller
16    had said.  She didn't just say I got a
17    call.  She told you what the caller said.
18          A.    From what I recall, she said
19    that it was a mother of a boy.  He had
20    received a picture sent to him of a student
21    of ours.  I believe they gave a first name
22    and it was in a compromised type of
23    presentation.
24          Q.    Is that what the caller said?
25          A.    How would I know if I didn't
```

```
 1                      R. ORATZ
 2     pick up the phone?
 3          Q.    What did Mrs. Sochaczewski say?
 4          A.    I just told you that.
 5          Q.    The caller said hello, I am a
 6     mother of a boy and I got a picture of one
 7     of your students in a compromised picture?
 8          A.    You asked me what she told me.
 9     I didn't pick up the phone.  I don't know
10     what she said.
11          Q.    I want to know the whole
12     conversation with Mrs. Sochaczewski.
13          A.    I can't explore without being
14     informed.  I don't know.
15          Q.    Did Mrs. Sochaczewski tell you
16     what the compromised position was?
17          A.    No.
18          Q.    Would you agree that the words
19     -- did she -- withdrawn.
20                Did she use the words
21     compromised positions or she told you --
22          A.    I didn't use the word position
23     either.  The compromised I think I
24     remember.  I don't remember the next word
25     that came after it.
```

```
 1                      R. ORATZ
 2         Q.    What did Mrs. Sochaczewski tell
 3    you the boy's mother said?
 4         A.    This picture was sent.  She
 5    said that she was horrified when she saw
 6    it, meaning the mother, the antecedent, she
 7    is the mother of the boy.  She also said it
 8    was passed around her son's class.  Did not
 9    identify the school or anything like that.
10    That is the sum total of what I know or
11    what I recall her to have told me in front
12    of Mrs. Bollag.
13         Q.    How did this anonymous mother
14    know who the girl was?
15         A.    To the best of my recollection
16    she described some of the appearance and
17    she used a first name.  She may have had
18    the grade.  I don't remember if she had the
19    grade or not.  I think so, but I don't
20    recall exactly.
21         Q.    Do you have any understanding
22    of how Mrs. Sochaczewski knew that this
23    woman was indeed a mother of a boy?
24         A.    I have no knowledge on that.
25         Q.    Do you have any idea how
```

```
 1                      R. ORATZ
 2    Mrs. Sochaczewski knew that there was, in
 3    fact, a picture?
 4         A.   No.
 5         Q.   Did you see the picture?
 6         A.   No.
 7         Q.   Did Mrs. Sochaczewski see the
 8    picture?
 9         A.   To my knowledge, no.
10         Q.   Do you know whether Shmiel
11    Deutsch saw the picture?
12         A.   To my knowledge, no.
13         Q.   Do you believe there actually
14    was a picture?
15         A.   I have no way of believing
16    anything.  I don't have all the information
17    involved.
18         Q.   You would agree with me it's
19    perfectly possible there was no such
20    picture?
21         A.   I can't agree with anyone
22    either way.  I don't know.
23         Q.   I asked you if it's possible
24    that there was no picture?
25         A.   Anything in this world is
```

```
 1                    R. ORATZ
 2    possible.
 3         Q.    After the call and after your
 4    conversation with Mrs. Sochaczewski, was
 5    any written note made about the call?
 6         A.    A staff member writing a
 7    written note, is that what you are
 8    referring to?
 9         Q.    Yes.
10         A.    I don't know.  I didn't make
11    one.  I was not a primary source.
12         Q.    Would you agree with me that
13    during the time that the plaintiff was a
14    student at your school, there were multiple
15    e-mails discussing whether the plaintiff
16    could help design the set for the school
17    play, you call it production?
18         A.    I have many --
19         Q.    Would you agree there --
20         A.    About the school play I didn't
21    remember anything on that topic.  I have
22    multiple e-mails of many ways that I have
23    been involved in helping her.  I don't know
24    about the play.  I don't recall that.
25         Q.    Would you agree that there are
```

```
 1                      R. ORATZ
 2    multiple e-mails about numerous topics
 3    involving the plaintiff, latenesses, test
 4    scores, doctor's appointments?
 5         A.    There were some such e-mails as
 6    well as others where we were reaching out
 7    to help her in many ways, yes.
 8         Q.    Would you agree with me when
 9    issues came up involving the plaintiff's
10    performance in the school, there were
11    multiple occasions where you e-mailed Tova
12    Bollag, you e-mailed Mrs. Sochaczewski,
13    there were multiple permutations of e-mail
14    back and forth between that group --
15         A.    Within my domain.
16         Q.    And the teachers?
17         A.    Yes.  Correct.
18         Q.    When Mrs. Sochaczewski got a
19    call from a mother making a grievous
20    allegation about the plaintiff, was there a
21    single note taken about the happening of
22    that call?
23         A.    Anything in my domain I could
24    have contact about.  Anything taken out of
25    my domain I could not -- cannot communicate
```

```
 1                    R. ORATZ
 2    about it because was taken out of my
 3    domain.
 4         Q.    Would you agree with me you
 5    made no such note?
 6         A.    Correct.  I made no such note
 7    on it.
 8         Q.    Can you agree you have seen no
 9    such note?
10         A.    I have seen no such note,
11    correct.
12         Q.    Would you agree with me, in
13    fact, that in the documents that the
14    defendants produced in this case including
15    yourself, there is not one scrap of paper
16    concerning the process of expelling the
17    plaintiff from the school?
18         A.    From what I have seen, that's
19    correct.
20         Q.    Did you believe the anonymous
21    caller?
22         A.    I don't have any way of knowing
23    what I believe.  It's a hypothetical
24    question.  I am not going to be able to
25    answer.
```

```
 1                      R. ORATZ
 2        Q.    When your co-principal said a
 3   mother had called and said this, did you
 4   immediately jump to the conclusion that it
 5   must have happened, it must be true?
 6        A.    I had no opportunity to do any
 7   inquiries or become well-informed on it.  I
 8   cannot make a statement on that.
 9        Q.    Are you familiar with a concept
10   called lashon hora?
11        A.    Yes, I am.
12        Q.    Are you familiar with a concept
13   called richilut?
14        A.    Yes, I am.
15        Q.    Can you explain what lashon
16   hora is?
17        A.    You want me to define what
18   loshon hora is?
19        Q.    Yes.
20        A.    Generally, it's saying
21   something negative about someone, a
22   statement that is not true.  Richilit is
23   peddling of information.
24        Q.    Would you agree that it's
25   prohibited under Jewish law even to listen
```

```
 1                      R. ORATZ
 2    to lashon hora about somebody?
 3          A.    I would agree with that, but it
 4    means that when you are listening, you are
 5    accepting it as being the truth.  You
 6    cannot help it if you are in a room and you
 7    hear something.  But that would include --
 8    there are a lot of criteria on it.  You
 9    would have to go into the Chofetz Chaim's
10    book on that.  Accepting it as being true.
11          Q.    The school follows halacha,
12    Jewish law?
13          A.    The school does its best, yes.
14          Q.    Including the law about not
15    listening to lashon hora?
16          A.    I would imagine every Jewish
17    school does try its best on that.
18          Q.    Are you familiar with a concept
19    called dan l'kaf zechus?
20          A.    Yes, I am.
21          Q.    What does that mean?
22          A.    Giving someone the benefit of
23    the doubt.
24          Q.    Does that include trying to
25    find a way that whatever the person did
```

| | |
|---|---|
| 1 | R. ORATZ |
| 2 | might have been for an acceptable reason? |
| 3 | A. You would have to ask a rabbi |
| 4 | who could weigh off all the variables here |
| 5 | once he knows all the information. |
| 6 | Q. You have been involved in |
| 7 | Jewish education for the last 30 years -- |
| 8 | A. That's true. |
| 9 | Q. -- as principal of a high |
| 10 | school? |
| 11 | A. That's true. |
| 12 | Q. So I am asking you. |
| 13 | A. And I am answering you that |
| 14 | this rule of giving people the benefit of |
| 15 | the doubt has to weigh in all the different |
| 16 | variables. I am not a rabbi nor a |
| 17 | well-informed spectator in this case. I |
| 18 | can't answer how it would be utilized here. |
| 19 | Q. Would you agree with me that if |
| 20 | the call was anonymous, it could have been |
| 21 | made by anybody, correct? |
| 22 | A. I don't know any other |
| 23 | information that Rabbi Deutsch could have. |
| 24 | I don't know what he factored in. |
| 25 | Q. Just the fact that it came in |

```
 1                    R. ORATZ
 2    and was anonymous --
 3              MR. GUZIK:  Please don't
 4         interrupt the witness when she
 5         answering the questions.
 6        Q.    I am asking what you know.
 7        A.    You're going on an
 8    assumption --
 9        Q.    I am never asking --
10        A.    -- everything is anonymous.  If
11    he had information that I don't know about
12    that was factored in.  There is more to
13    this anonymity piece I know.  You are
14    trying to lead me in a direction that is
15    not fair.
16        Q.    I am asking you to assume for
17    the moment that the call was anonymous.
18        A.    Under that assumption, fine,
19    yes.
20        Q.    It could have been anybody --
21    it could have been --
22        A.    Assuming there is no other
23    information and the anonymity is
24    established, yes.  Then what do you want to
25    know?
```

1               R. ORATZ
2        Q.   Another kid who has an axe to
3   grind with the plaintiff?
4        A.   Those things can happen in this
5   world, yes.
6        Q.   It would have been another
7   parent who didn't like the plaintiff's
8   family?
9        A.   Those things are all
10  possibilities.
11       Q.   It could have been a prank
12  call, for all you know?
13       A.   These are all possibilities.
14       Q.   After the call came in, are you
15  aware of any investigation having been
16  conducted about the allegation that a boy
17  had a picture of the plaintiff in a
18  compromising appearance?
19       A.   I am not aware, but I am not
20  bottom line.
21       Q.   You are not aware of any
22  investigation?
23       A.   I am personally not aware.
24       Q.   Shmiel Deutsch never mentioned
25  to you that an investigation was conducted?

Case 1:15-cv-03086-ARR-RER   Document 48-5   Filed 01/25/16   Page 19 of 20 PageID #: 294
197

```
 1                    R. ORATZ
 2        A.    No.  If he was doing it, he
 3   didn't tell me about it.
 4        Q.    Mrs. Sochaczewski did not
 5   mention an investigation?
 6        A.    Correct.
 7        Q.    Tova Bollag did not mention an
 8   investigation?
 9        A.    Correct.
10        Q.    It's been mentioned that the
11   school had a telephone policy?
12        A.    At that point there was the
13   cell phone policy, correct, yes.
14        Q.    We are talking about in the
15   fall of 2012 and winter of 2012, what was
16   the cell phone policy?
17        A.    It's evolved over the years as
18   technology has progressed.
19        Q.    I am talking about at that
20   time.
21        A.    I can't remember exactly.  I do
22   know I provided here the commitment letter
23   that the parents had signed on and that the
24   student had signed on and that I do know I
25   provided it.
```

DIAMOND REPORTING   (718) 624-7200    info@diamondreporting.com
197

```
 1                      R. ORATZ
 2   compromising picture, was that the picture
 3   had been sent to a boy who obviously
 4   attended a different school, correct?
 5         A.    I don't know what the facts
 6   were.  I wasn't there at the call.
 7         Q.    There was no claim that the
 8   picture had been sent to students at Lev
 9   Bais Yaakov?
10         A.    I don't know.  I didn't pick up
11   the call.  I didn't hear that.
12         Q.    No one ever told you that?
13         A.    Correct.
14         Q.    If a boy who attends some other
15   school has a picture of the plaintiff
16   that's compromising in some way, how does
17   that bring -- do you believe that brings
18   down other students at Lev Bais Yaakov?
19         A.    I don't know.  You have to ask
20   the rabbis involved.  I don't know.
21         Q.    What did you understand the
22   word "compromising" to mean?
23         A.    I don't know.
24         Q.    Did Lev Bais Yaakov ever ask
25   its rabbinic advisors what is the standard
```