1

2    UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

3    ----------------------------------------X
       G.S., a minor below the age of 18, by her

4    father and natural guardian, MORRIS S,

5                                 PLAINTIFFS,

6        -against-       Case No:
                                 15-CV-3086

7

8    CONGREGATION LEV BAIS YAAKOV d/b/a LEV BAIS
       YAAKOV HIGH SCHOOL, RIVKA ORATZ and SHMIEL
       DEUTSCH a/k/a SAM DEUTSCH

9                                 DEFENDANTS.

10   ----------------------------------------X

11

12               DATE:  December 3, 2015

13               TIME:  2:50 P.M.

14

15         VIDEOTAPED DEPOSITION of the

16  Defendant, LEV BAIS YAAKOV HIGH SCHOOL, by

17  a witness, TOVA BOLLAG, taken by the

18  Respective Parties, pursuant to a Court

19  Order and to the Federal Rules of Civil

20  Procedure, held at the offices of The

21  Berkman Law Office, LLP, 111 Livingston

22  Street, Brooklyn, New York 11201, before

23  Breindle Sara Friedman, a Notary Public of

24  the State of New York.

25

```
 1

 2    A P P E A R A N C E S:

 3


 4    THE BERKMAN LAW OFFICE, LLC
         Attorneys for the Plaintiffs
 5       111 Livingston Street
         Brooklyn, New York 11201
 6       BY:  ROBERT TOLCHIN, ESQ.

 7


 8
      RUTHERFORD & CHRISTIE, LLP
 9       Attorneys for the Defendants
         800 Third Avenue
10       New York, New York 10022
         BY:  ADAM GUZIK, ESQ.
11       File #:  212.472

12


13


14    ALSO PRESENT:
         Nathaniel Armstrong, Videographer
15       Diamond Reporting & Legal Video

16


17
                    *         *          *
18

19

20

21

22

23

24

25
```

```
 1                    T. BOLLAG

 2        Q.    What was the red line that you

 3   believe -- What was the red line the

 4   crossing of which you believe caused the

 5   plaintiff to be expelled?

 6        A.    Would you like me to go into

 7   the details of the account that led to the

 8   expulsion?

 9        Q.    I asked you why was she

10   expelled, and correct me if I am wrong, but

11   you said that she crossed a red line.  So I

12   asked you what was the red line.  If I am

13   mischaracterizing, then set me straight

14   please.

15        A.    Within my purview of my job I

16   don't get to make those decisions.  That's

17   beyond my scope.  I don't have all the

18   information.

19             MR. TOLCHIN:  I am going

20        withdraw the question I.  Am going to

21        ask you it again.

22        Q.    You agree with me the plaintiff

23   was expelled from Lev Bais Yaakov?

24        A.    Correct.

25        Q.    With the understanding that in
```

```
 1                    T. BOLLAG
 2   a minute we are going to talk about phone
 3   calls and meetings and conversation and who
 4   said what to whom.  I am asking for the
 5   helicopter view, big picture why was she
 6   expelled?
 7        A.    The school received a call that
 8   an inappropriate picture of the girl in
 9   question was seen on a high school boy's
10   phone and the information received is that
11   that picture had been passed around several
12   boys' phones in the class.
13        Q.    As you understand that, was
14   that the only reason why the plaintiff was
15   expelled?
16        A.    I don't have that information.
17   I don't have that knowledge.
18        Q.    Did anybody at Lev Bais Yaakov
19   ask you for your professional opinion about
20   whether the plaintiff should be expelled or
21   receive any other form of discipline
22   relating to that picture episode?
23        A.    No.
24        Q.    So Shmiel Deutsch, Mrs. Oratz,
25   Mrs. Sochaczewski, none of them asked you
```

```
 1                    T. BOLLAG
 2    for your professional opinion?
 3          A.    When the call was received
 4    Mrs. Sochaczewski was very alarmed.  She
 5    called me in, relayed the information.
 6          Q.    Just say yes or no.  Did anyone
 7    ask you for your opinion?
 8          A.    No.
 9          Q.    You have mentioned that this
10    was a phone call?
11          A.    Correct.
12          Q.    Tell me about the phone call
13    that you were referring to.
14          A.    Mrs. Sochaczewski called me
15    into her office and relayed that she
16    received a phone call.  The phone call she
17    relayed to me was made by a local mother
18    who stated that she checks her son's phone
19    and she saw a picture of a girl, a very
20    inappropriate picture on her son's phone.
21    And the girl in question was G.S. a student
22    at Lev Bais Yaakov and she felt it was her
23    duty to inform the school that the student
24    who is in their school has sent such an
25    inappropriate picture to a boy's phone.
```

```
 1                      T. BOLLAG
 2        Q.    Did Mrs. Sochaczewski tell you
 3   anything else?
 4        A.    She was very alarmed.
 5        Q.    How did you react?
 6        A.    I said this is alarming, we
 7   need to discuss this and see what to do
 8   about this situation.  We need to make sure
 9   that the parents are made aware of this
10   because such a phone call is, in fact,
11   concerning.
12        Q.    Did you say anything else?
13        A.    I don't recall the exact words
14   I used.  One thing I do remember though is
15   I did warn her in general that to be
16   careful when it comes to inappropriate
17   pictures because there was a recent case
18   that I was made aware of where a highly
19   inappropriate picture was shared with a
20   local schoolteacher or principal and he was
21   arrested for ultimately possessing child
22   pornography.  So I just generally warned
23   her to be careful about having possession
24   of such a picture if we don't know the
25   content and nature.
```

```
 1                    T. BOLLAG
 2        Q.    Who was that teacher who was
 3   arrested for child pornography?
 4        A.    I don't know.
 5        Q.    What is he convicted?
 6        A.    I don't know.
 7        Q.    What school was it?
 8        A.    I don't know.
 9        Q.    Where was the school located?
10        A.    In the Five Towns.  I was at a
11   therapy networking group where someone
12   relayed the story.  Another mental health
13   professional.
14        Q.    Let's go over a few things that
15   you said.  You said the call came from a
16   local mother?
17        A.    That is what Mrs. Sochaczewski
18   told me.
19        Q.    Do you have any understanding
20   of how she knew that it was a local mother?
21        A.    No.
22        Q.    Did Mrs. Sochaczewski tell you
23   whether the caller had identified herself?
24        A.    She said she did not identify
25   herself.
```

```
 1                    T. BOLLAG
 2        Q.    Did she tell you whether the
 3   mother was asked to identify herself and
 4   refused?
 5        A.    I don't recall.
 6        Q.    Did she tell you that the
 7   mother's -- the caller's phone number
 8   appeared in the caller ID of the school?
 9        A.    No, I don't recall.
10        Q.    Did she suggest or did anybody
11   suggest that you get the phone number from
12   caller ID and call the mother -- call the
13   caller back?
14        A.    I don't recall.
15        Q.    Did she suggest that you get
16   the phone number from caller ID and call
17   the caller back and try to make some
18   arrangement to see the picture?
19        A.    I don't recall the exact
20   details, but it is possible.
21        Q.    Did you counsel
22   Mrs. Sochaczewski not to call back using
23   the number from caller ID because of what
24   had happened to that teacher in the Five
25   Towns?
```

                            T. BOLLAG

1

2          A.    I honestly don't recall.

3          Q.    You described the picture as

4   being -- you used the word very

5   inappropriate.  Do recall giving that

6   testimony?

7          A.    Correct.

8          Q.    Is that what Mrs. Sochaczewski

9   told you on the date in question?

10         A.    I don't recall the exact

11  language.

12         Q.    What did she tell you about the

13  picture?

14         A.    The mother seemed very alarmed

15  and it was a very inappropriate picture.

16         Q.    Other than using the words very

17  inappropriate, did Mrs. Sochaczewski tell

18  you any details about what the mother

19  claimed was in this picture?

20         A.    I don't recall.

21         Q.    Would you agree that the words

22  very inappropriate could mean different

23  things to different people?

24         A.    Yes, I do.

25         Q.    Something that one person might

1                        T. BOLLAG
2     view as very inappropriate another person
3     might say well, that is not so bad?
4          A.     Yes.
5          Q.     Would you agree that very
6     inappropriate would include a naked
7     picture, a picture depicting a sexual act?
8          A.     It could.
9          Q.     Or it could in some people's
10    view just include somebody wearing a
11    article of clothing that maybe was too
12    revealing?
13         A.     It could.
14         Q.     Would you agree that in Bais
15    Yaakov circles even a one-piece bathing
16    suit would be inappropriate?
17         A.     That could be.
18         Q.     As you sit here today, do you
19    have any recollection of the kind of
20    inappropriateness Mrs. Sochaczewski told
21    you this mother had brought to the school's
22    attention?
23         A.     We never discussed the exact
24    nature and details of what she relayed to
25    my knowledge.

1                    T. BOLLAG

2         Q.    To your knowledge,

3    Mrs. Sochaczewski never told you whether

4    the picture was alleged to be a naked

5    picture or something else?

6         A.    I honestly don't recall the

7    exact details.

8         Q.    At the time of

9    Mrs. Sochaczewski telling you what had

10   happened, did you make any notes?

11        A.    No.

12        Q.    Did you jot anything down?

13        A.    No.

14        Q.    During the entire time that you

15   have worked in Jewish day schools, have you

16   ever been involved with a situation where

17   somebody called in to report an

18   inappropriate picture?

19        A.    No.

20        Q.    This is the -- this episode is

21   the only time it ever happened?

22        A.    The only episode that I recall,

23   yes.

24        Q.    Did you ask Mrs. Sochaczewski

25   how bad was the picture; what did the woman

```
 1                    T. BOLLAG
 2   say?
 3        A.    I don't recall.
 4        Q.    You said Mrs. Sochaczewski told
 5   you that the caller had said that the
 6   picture was found on her son's phone?
 7        A.    I believe so.
 8        Q.    And that it had been passed
 9   around her son's high school class?
10        A.    I believe so.
11        Q.    That is what Mrs. Sochaczewski
12   told you?
13        A.    That is what I recall.
14        Q.    What grades is high school in
15   the Jewish schools?
16        A.    9th, 10th, 11th, 12th.
17        Q.    Mrs. Sochaczewski -- Did you
18   say that Mrs. Sochaczewski told you that
19   the caller had said the girl was G.S., the
20   girl in the picture was G.S.?
21        A.    Yes.
22        Q.    Did Mrs. Sochaczewski tell you
23   how the caller said she knew that the girl
24   was G.S.?
25        A.    I don't recall.
```

```
 1                       T. BOLLAG
 2          Q.    Did you question how this
 3    caller could have known who the girl was in
 4    the picture?
 5          A.    Possibly.
 6          Q.    Possibly you did question?
 7          A.    I don't recall the details of
 8    the exact conversation.
 9          Q.    Do you recall anything about
10    the conversation?
11          A.    I recall that she relayed these
12    events to me.  She was very alarmed.  She
13    wanted to share them with Mrs. Oratz, who
14    was not in the building at the time.
15          Q.    Where was Mrs. Oratz?
16          A.    I believe she was at the post
17    office taking care of some seminary
18    application deadlines for the students and
19    mail them out so they get out in a timely
20    manner before the deadline was up.  I
21    suggested we go down to relay these events
22    to Rabbi Deutsch after which we did.
23          Q.    It was your suggestion to go
24    down to Rabbi Deutsch?
25          A.    I honestly don't recall, but
```

```
 1                    T. BOLLAG
 2   possibly.
 3        Q.    Everything is possible.  I am
 4   trying to piece together what actually
 5   happened.  This was a pretty monumental
 6   thing that happened.  A phone call came in,
 7   by the next day a girl who was struggling
 8   with school --
 9             MR. GUZIK:  Do you have a
10        question?
11             MR. TOLCHIN:  I am asking it
12        now.
13        Q.    A girl was expelled from the
14   school, this was the only time since you
15   have been working --
16             MR. GUZIK:  Can you get to the
17        question, Counsel.
18             MR. TOLCHIN:  Would you stop
19        interrupting?
20        Q.    This is the only time since --
21             MR. GUZIK:  Are you testifying
22        for the record or asking a question?
23        Q.    This is the only time since you
24   had been working that an episode like this
25   happened?
```

```
 1                    T. BOLLAG

 2         A.    Correct.

 3         Q.    It has to have made an impact

 4   in your memory, no?

 5         A.    At this time the decision --

 6   the next course of action was not made.

 7   This was an event that transpired and the

 8   next step was to relay this information to

 9   the people that make decisions when events

10   that can be perceived as infractions,

11   behavioral infractions, severe concerns.

12         Q.    You testified that you said to

13   Mrs. Sochaczewski that what she told you

14   was alarming?

15         A.    Correct.

16         Q.    Is it your testimony that you

17   were alarmed because Mrs. Sochaczewski said

18   somebody said they have an inappropriate

19   picture, that is what was alarming, an

20   inappropriate picture, nothing more than

21   that?

22         A.    In the circle of school for a

23   girl to be in contact with a boy and send

24   pictures of herself that any mother would

25   call inappropriate is concerning.
```

```
 1                      T. BOLLAG
 2          Q.    Because a mother who you don't
 3   know who it is, who don't know if she is
 4   even a mother, she's just a voice on the
 5   phone, because she says I found an
 6   inappropriate picture, you, Tova Bollag,
 7   assume that the picture was indeed
 8   inappropriate?
 9          A.    I am concerned about the
10   situation.
11          Q.    You become concerned?
12          A.    About the situation, yes.
13          Q.    How did you know that the girl,
14   the plaintiff, actually sent the picture to
15   the boy?
16          A.    I did not know.
17          Q.    Were there other ways that a
18   boy might obtain a picture of a girl other
19   than the girl sending it to him?
20          A.    Yes, there are other ways.
21          Q.    In fact, are there other ways
22   that a girl could -- that a boy could
23   obtain an inappropriate picture of a girl
24   other than the girl sending?
25          A.    I am sure there are.
```

```
 1                    T. BOLLAG
 2        Q.    Are there even ways that a boy
 3    could obtain a disrobed picture of a girl
 4    without the girl sending it?
 5        A.    There are although unlikely,
 6    but there are.
 7        Q.    Have you heard of situations
 8    were where people set up cameras and take
 9    pictures in locker rooms and dressing
10    rooms?
11             MR. GUZIK:  Counsel, anything
12          can happen.  Why are you asking
13          questions --
14             MR. TOLCHIN:  Would you stop
15          interrupting.  That's a speaking
16          objection, Counsel.  The word is
17          objection.  If you have an objection,
18          say the word objection and state the
19          rule of evidence you are objecting
20          on.  Otherwise, you may not speak or
21          coach the witness, which is what you
22          just did.  Stop it.
23             MR. GUZIK:  Don't talk to me
24          like a child.  Objection.
25             MR. TOLCHIN:  I will talk to
```

```
 1                      T. BOLLAG
 2            you like a lawyer who is making
 3            improper speaking objection.
 4        Q.    Ma'am, have you heard of
 5   instances where people have obtained
 6   pictures of women in dressing rooms, locker
 7   rooms, bathrooms, mikvahs, without the
 8   women's knowledge?
 9                MR. GUZIK:  Objection.
10                MR. TOLCHIN:  Go ahead.  You
11          can answer.
12        A.    Yes.
13        Q.    You have heard of all those
14   instances?
15        A.    Not all, but some.
16        Q.    Which ones have you heard of?
17        A.    Locker room.  I think that was
18   the store in the dressing room.
19        Q.    You heard of the mikvah rabbi?
20        A.    No.
21        Q.    Rabbi Barry Freundel in
22   Washington who had a camera in the mikvah
23   for years taking pictures of women hidden
24   in a clock radio?
25        A.    Nebach.
```

```
 1                      T. BOLLAG
 2         Q.    You never heard of that?
 3         A.    No.
 4         Q.    He went to jail.  It was in all
 5    of the newspapers.
 6              MR. GUZIK:  Is that a question?
 7         Q.    You didn't hear of that?
 8              MR. GUZIK:  She already
 9          answered that.
10         A.    No.
11              MR. TOLCHIN:  Can you stop
12          making speaking objections.
13              MR. GUZIK:  Can you ask
14          appropriate questions?
15         Q.    As you sit here today you have
16    no recollection of what Mrs. Sochaczewski
17    said was inappropriate about the picture
18    that the caller claimed to have received;
19    is that correct?
20         A.    Please state the question
21    again.
22         Q.    As you sit here today you have
23    no recollection of what it was about the
24    alleged picture that was inappropriate?
25         A.    Correct.
```

1                         T. BOLLAG

2          Q.     Did she tell you it was a naked

3     picture?

4          A.     No.

5          Q.     What was it about the picture

6     that you thought might constitute child

7     pornography?

8          A.     I didn't state that this

9     picture constituted child pornography.  I

10    warned them that in general it's important

11    when and if someone were to send such a

12    picture to your phone in the events that it

13    would constitute child pornography.  If

14    somebody is saying the picture is highly

15    inappropriate or very inappropriate it

16    might fall under that category.  You have

17    to take extra caution if you are to posses

18    that.

19         Q.     Would you agree with me that in

20    the Bais Yaakov world a mother might

21    describe a picture as being inappropriate

22    even if all that is in the picture is a

23    girl and a boy walking down the street

24    holding hands?

25         A.     Possibly.

```
 1                    T. BOLLAG

 2        Q.     That would be also

 3   inappropriate, right?

 4        A.     Could be.

 5        Q.     It wouldn't remotely be child

 6   pornography?

 7        A.     That would not be child

 8   pornography, no.

 9        Q.     Did Mrs. Sochaczewski tell you

10   that she had asked the caller to send her a

11   copy of the picture?

12        A.     I don't recall.

13        Q.     Did she tell you that the

14   caller had told her that the caller's

15   husband was a lawyer and that he had

16   advised her not to send the picture to

17   anybody and to delete it?

18        A.     I don't recall.

19        Q.     Did Mrs. Sochaczewski tell you

20   that the caller had said that her husband

21   had said that the picture would constitute

22   child pornography and must be deleted?

23        A.     I don't recall.

24        Q.     She didn't tell you?

25        A.     I really don't remember.
```

```
 1                     T. BOLLAG
 2              THE VIDEOGRAPHER:  This marks
 3          the end of tape one.  Time is 3:54
 4          p.m. on December 3, 2015.  We are now
 5          off the record.
 6              (Whereupon, a recess was
 7          taken.)
 8              THE VIDEOGRAPHER:  This marks
 9          the beginning of tape two in the
10          deposition of Tova Bollag.  Time is
11          4:01 p.m. on December 3, 2015.  We
12          are now back on the record.  You may
13          proceed.
14              MR. TOLCHIN:  Can you read back
15          the last question and answer.
16              (Whereupon, the referred-to
17          question and answer were read back by
18          the Reporter.)
19          Q.    Did Mrs. Sochaczewski tell you
20     whether she recognized the caller's voice?
21          A.    No.
22          Q.    Did she tell you she knew what
23     school the boy attended?
24          A.    She may have said the name of
25     the school, but it doesn't stick in my
```

1                    T. BOLLAG

2    memory.

3         Q.    If there was a picture, an

4    inappropriate picture of the plaintiff,

5    would it not have been inappropriate for

6    the boy to be in possession of that picture

7    as well?

8         A.    Probably yes.

9         Q.    Were you concerned about the

10   boy?

11        A.    He was not my student in the

12   school where I worked.

13        Q.    You're only concerned about the

14   school where you work?

15        A.    No.  Particularly because the

16   boy's mother was calling I didn't think

17   that I needed to --

18        Q.    Didn't she --

19        A.    -- think about that.

20        Q.    Didn't she say the boy had

21   passed the picture -- or that the picture

22   had been passed around among his friend?

23        A.    I didn't receive the phone

24   call.  This is secondhand information I

25   received from Mrs. Sochaczewski.

```
 1                    T. BOLLAG
 2        Q.    Didn't Mrs. Sochaczewski tell
 3   you that the caller had said that the
 4   picture had been passed around?
 5        A.    Yes.
 6        Q.    Were you concerned about those
 7   boys who were passing the picture around?
 8        A.    Now that you bring it to my
 9   attention there are lot of things that are
10   concerning.
11        Q.    Did you think to call back the
12   caller --
13        A.    No, I did not.
14        Q.    And encourage her to report it
15   to her son's school the same way she was
16   reporting it to the plaintiff's school?
17        A.    No, I did not.
18        Q.    Did you wonder why the caller
19   was reporting this to the school rather
20   than calling G.S.' parents?
21        A.    It seems that in Brooklyn
22   parents often make phone calls of that
23   nature to inform schools of infractions or
24   concerning issues involving students.
25        Q.    In Brooklyn parents often call
```

1                          T. BOLLAG

2     schools to make calls of this nature?

3          A.    That they -- yes.  That has

4     been my experience.

5          Q.    What do you mean calls of this

6     nature?

7               MR. GUZIK:  Objection.

8          A.    For example, I recall someone

9     sharing with me a parent called to say a

10    student was seen on the local avenue

11    wearing certain clothing that wouldn't meet

12    the school's standard dress code.

13         Q.    What school was that in

14    connection with?

15         A.    In Lev Bais Yaakov.

16         Q.    The local avenue was Avenue M,

17    Avenue J, what was the local --

18         A.    Someone shared this information

19    with me secondhand.  I didn't receive the

20    phone call, but a parent --

21         Q.    What would be the purpose of

22    calling a school to say that a girl had

23    been seen dressed in some way that was not

24    in accordance with the school's standards?

25         A.    I don't know.  I wouldn't make

```
 1                    T. BOLLAG
 2    that phone call.
 3          Q.    Why wouldn't you make such a
 4    phone call?
 5          A.    Because to me that is not
 6    concerning.
 7          Q.    You mean you think they should
 8    mind their own business?
 9          A.    I think everyone should raise
10    their own children, yes.
11          Q.    Would you agree with me that
12    calling a school to report a student for
13    violation of the school's rules is
14    something that is likely to get the student
15    in trouble with the school?
16          A.    Possibly.
17          Q.    Would you agree that if a
18    person was genuinely concerned about the
19    welfare of the child it would be a better
20    approach to call the child's parents?
21          A.    In most circumstances, yes.
22          Q.    As a social worker experienced
23    working in schools, do you believe that the
24    fact that a caller chooses to call the
25    school rather than calling the parents
```

```
 1                       T. BOLLAG
 2     might suggest a motive to get the girl in
 3     trouble?
 4            A.    I can't really answer that.
 5            Q.    You have no idea?
 6            A.    It may be a way from their
 7     perspective to possibly help the student
 8     without involving their parents if they
 9     think that that would be beneficial for the
10     student.  I don't know what they were
11     thinking.  I am not them.
12            Q.    It's a possible motive?
13            A.    Is it possible, it's possible.
14     As you said, anything is possible.
15            Q.    Did you think to call the
16     caller back --
17            A.    No, I didn't.
18            Q.    -- and ask for the names of the
19     other kids so you could call their parents?
20            A.    No.
21            Q.    Or to encourage that mother, if
22     there was a mother, to call the parents?
23            A.    Nope.
24            Q.    Did it occur to you when you
25     heard this story from Mrs. Sochaczewski
```

```
 1                    T. BOLLAG
 2   that possibly the caller was not what she
 3   claimed to be?
 4        A.    It's always a possibly, yes.
 5        Q.    It's possible it was somebody
 6   with an axe to grind?
 7        A.    Is it possible, yes, it's
 8   possible.
 9        Q.    It's possible it was somebody
10   who wanted to get G.S. in trouble?
11        A.    Yes.
12        Q.    It's possible it might be
13   somebody with a beef against G.S.' family?
14        A.    Possible, yes.
15        Q.    How do you know that wasn't
16   what happened?
17        A.    I didn't know.
18        Q.    If the picture in question was
19   a naked picture, if you had been told that
20   the caller had said the picture was a naked
21   picture of G.S., would that have raised any
22   concerns for you as a social worker?
23        A.    Yes.
24        Q.    What would be the concerns that
25   it would have raised?
```

```
 1                    T. BOLLAG
 2          A.     Any time you hear about
 3   something inappropriate to that level it's
 4   additional potential concerns and harms for
 5   that child in question.  You also have to
 6   make sure the story is factual and verified
 7   details before acting upon anything.  That
 8   would be even more concerning, yes.
 9          Q.     What would be the concerns that
10   you would have if you had been told that
11   the picture was a naked picture?
12          A.     It's just a deeper concern that
13   a student would have a picture like that
14   and send it out.  That is very concerning
15   for a student in our school.
16          Q.     How old was the plaintiff at
17   that time?
18          A.     You tell me.  She's a high
19   school student.
20          Q.     In tenth grade?
21          A.     Tenth grade.
22          Q.     14, 15.  Certainly not an
23   adult?
24          A.     Correct.  Definitely not an
25   adult.
```

```
 1                        T. BOLLAG
 2          Q.     Would you be concerned -- On
 3   hearing that it's a naked picture, would
 4   you be concerned the plaintiff had been
 5   exploited in some way?
 6          A.     There is that possibility.
 7          Q.     Somebody might have tricked her
 8   into making such a picture?
 9          A.     There is that possibility.
10          Q.     If any adult had taken the
11   picture, that would be criminal, wouldn't
12   it?
13          A.     Yes.
14          Q.     You are a mandated reporter,
15   aren't you?
16          A.     Yes.
17          Q.     If you had been told that it
18   was a naked picture that a boy was in
19   possession of a minor, a boy was in
20   possession of a naked picture of a minor
21   and his mother, father had the picture and
22   other boys in the class, is that something
23   that you would have to report as a mandated
24   reporter?
25          A.     If I had factual firsthand
```

                              T. BOLLAG

1
2    knowledge of a such a picture, yes, I
3    would.
4          Q.    You agree you did not have
5    factual firsthand knowledge of such a
6    picture?
7          A.    Me, Tova Bollag, no, I did not
8    have factual firsthand knowledge.
9          Q.    I understand you say you don't
10   recall what Mrs. Sochaczewski told you
11   about the content of the picture?
12         A.    Correct.
13         Q.    Just for the moment assume that
14   at the time she told you that it was a
15   naked picture.  Would that have been enough
16   knowledge for you to have to be mandated to
17   make a report or would you have had to
18   verify the information in some other way?
19         A.    I would probably consult with
20   my supervisor to ascertain what I should do
21   in such a circumstance.
22         Q.    Your supervisor at the school?
23         A.    No.
24         Q.    Your supervise where?
25         A.    Outside of the school.

```
 1                          T. BOLLAG
 2         Q.    What kind of supervisor?
 3         A.    Social work supervisor or any
 4    NSW I would call up and say I had this
 5    experience.  You call in anonymously and
 6    get information and guidance in the
 7    profession.
 8         Q.    If you had been told it was a
 9    naked picture, would that have been enough
10    for you call in and seek guidance?
11         A.    I would first like to get more
12    information from the parents about the
13    circumstances and the nature of the
14    situation.
15         Q.    If you had been told that it
16    was a naked picture, then you would have
17    wanted to get additional information from
18    the parents in order to make a
19    determination whether it was necessary to
20    report, is that what you are saying?
21         A.    Probably, yes.
22         Q.    The fact -- in fact, you did
23    not call the parents to seek additional
24    information, correct?
25         A.    I gave over this information to
```

```
 1                      T. BOLLAG
 2   the dean of the school which --
 3         Q.    Who is not a licensed social
 4   worker?
 5         A.    -- which is protocol and he
 6   called in the parents together with the
 7   principals.
 8         Q.    But you did not call the
 9   parents to obtain additional information?
10         A.    No, I did not.
11         Q.    You did make a report?
12         A.    No, I did not.
13         Q.    Does the fact that you did not
14   call the parents and you did not make a
15   report suggest to you looking back that
16   Mrs. Sochaczewski did not tell you it was a
17   naked picture?
18         A.    I did text the mother to find
19   out if this was factual, if there is any
20   evidence that this existed and she reported
21   that it's not true.
22         Q.    When did you text the mother?
23         A.    After these events happened.
24         Q.    After the expulsion?
25         A.    No, not after the expulsion.  I
```