1

2      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
3      ---------------------------------------X
       G.S., a minor below the age of 18, by her
4      father and natural guardian, MORRIS S.,

5                                    PLAINTIFFS,

6           -against-            Case No.:
                                 15-CV-3086(AAR)
7                                (RER)

8      CONGREGATION LEV BAIS YAAKOV d/b/a LEV
       BAIS YAAKOV HIGH SCHOOL; RIVKA ORATZ;
9      and SHMIEL DEUTSCH, a/k/a SAM DEUTSCH,

10                                   DEFENDANTS.
       ---------------------------------------X

11

12                    DATE:  December 14, 2015

13                    TIME:  10:10 A.M.

14

15

16           VIDEOTAPED DEPOSITION of the

17     Defendant, SHMIEL DEUTSCH, taken by the

18     Plaintiffs, pursuant to a Court Order and

19     to the Federal Rules of Civil Procedure,

20     held at the offices of The Berkman Law

21     Office, LLC, 111 Livingston Street, Suite

22     1928, Brooklyn, New York 11201, before

23     Yehudis Malek, a Notary Public of the State

24     of New York.

25

```
 1

 2    A P P E A R A N C E S:

 3


 4    THE BERKMAN LAW OFFICE, LLC
         Attorneys for the Plaintiffs
 5       G.S., a minor below the age of 18,
         by her father and natural guardian,
 6       MORRIS S.
         111 Livingston Street, Suite 1928
 7       Brooklyn, New York 11201
         BY:  ROBERT J. TOLCHIN, ESQ.
 8

 9
      RUTHERFORD & CHRISTIE, LLP
10       Attorneys for the Defendants
         CONGREGATION LEV BAIS YAAKOV d/b/a LEV
11       BAIS YAAKOV HIGH SCHOOL; RIVKA ORATZ; and
         SHMIEL DEUTSCH, a/k/a SAM DEUTSCH
12       800 Third Avenue
         New York, New York 10022
13       BY:  ADAM GUZIK, ESQ.

14

15    ALSO PRESENT:

16       SCOTT NOCELLA, Videographer

17

18              *         *         *
19

20

21

22

23

24

25
```

```
 1                      S. DEUTSCH
 2    that happened in 10th grade in the -- from
 3    September until December, when the school
 4    year begins in September until December
 5    that --
 6         A.    I don't think the cell phone
 7    issue got any better.  I think it --
 8         Q.    Are you just guessing?
 9         A.    I'm trying to recollect.
10    That's what I was told.
11         Q.    Well, is there anything in the
12    documentation that documents whatever it is
13    you're talking about?
14         A.    I don't know.  I don't know.
15         Q.    You say a call came in?
16         A.    Yes.
17         Q.    What was the call that came in?
18         A.    According to the way I heard
19    the story, the secretary was answering a
20    call from a frantic woman, who has called a
21    few times, but the principals were not
22    available, until finally, I don't know if
23    it was the third or fourth or fifth call,
24    whenever it was, she did give the phone
25    over to the principal, Mrs. Sochaczeski,
```

```
 1                    S. DEUTSCH
 2   took the call, and the lady described that
 3   she found on her son's cell an
 4   inappropriate image of the plaintiff.
 5             And I don't know if the
 6   sequence is correct, but all in all this is
 7   what happened.  The principal asked that
 8   they describe the plaintiff, because she
 9   said, you know, "I want to make sure that
10   we're talking about the right person."
11             She told her the name, she
12   described her hair, she described her
13   weight, she described other features of
14   her, color hair, et cetera, et cetera, and
15   that was it.
16             And she also said, I assume it
17   was because of a question that the
18   principal posed to her, that "I cannot
19   relay the image to you because my husband
20   is an attorney and he advised me not to do
21   so because it's child pornography."
22        Q.   So, you believed that this
23   woman was in possession of her son's cell
24   phone, which contained child pornography;
25   you believed that?
```

```
 1                    S. DEUTSCH
 2         A.    I believed that the lady was
 3   sincere, I believed that my principals --
 4         Q.    I didn't ask you if you
 5   believed the lady was sincere.  You
 6   believed that there was a picture of a
 7   naked minor on this woman's son's phone --
 8         A.    I didn't say naked.  It could
 9   have been inappropriate.  I don't know.
10         Q.    Oh, okay, let's go back.
11               Inappropriate was all that
12   Mrs. --
13         A.    I don't know.
14         Q.    So, what did you understand --
15         A.    You're putting words in my
16   mouth.  I don't know.
17         Q.    Okay, I withdraw that.  I'm
18   sorry, I shouldn't have said.  You're
19   right.
20               What was your understanding of
21   what the picture was?  I made an
22   assumption.  I shouldn't have done that.
23         A.    All I know is what I was told.
24   It was an inappropriate picture.
25         Q.    What does "inappropriate" mean
```

```
 1                      S. DEUTSCH

 2    to you?

 3          A.    Not befitting a Bais Yaakov

 4    student.

 5          Q.    So, she had her neck, her

 6    collarbone exposed?

 7          A.    No.

 8          Q.    Does your school rule allow

 9    collarbone to be exposed?

10          A.    No.

11          Q.    Does your school rule allow

12    short sleeves?

13          A.    No, but --

14          Q.    If a girl wore short sleeves,

15    that would be inappropriate, correct, for a

16    Bais Yaakov school?

17          A.    Correct, correct.

18          Q.    If a girl wore a skirt that's

19    above her knees, that's inappropriate for a

20    Bais Yaakov school, right?

21          A.    You seem to be very well

22    versed.

23          Q.    You agree with me?

24          A.    Yes.

25          Q.    And if a girl wore sandals with
```

```
 1                    S. DEUTSCH
 2   no socks, that would be inappropriate for a
 3   Bais Yaakov school, right?
 4        A.    Correct.
 5        Q.    A V-neck blouse is
 6   inappropriate, correct?
 7        A.    (Witness shakes head.)
 8        Q.    You have to answer verbally.
 9        A.    Yes.
10        Q.    How about pink nail polish, is
11   that inappropriate?
12        A.    Any color nail polish --
13        Q.    Is inappropriate?
14        A.    (Witness shakes head.)
15        Q.    So, a person in a Bais Yaakov
16   milieu could describe a girl wearing short
17   sleeve shirts and nail polish as being
18   inappropriately dressed?
19        A.    I did not believe that.
20        Q.    I'm asking you a question.  The
21   word "inappropriate," as you use it in your
22   school, in your milieu, in your hashkafa,
23   could cover all those things?
24        A.    Yes, it could.
25        Q.    Now, you wouldn't make the
```

```
 1                     S. DEUTSCH
 2    decision to expel a child from school
 3    because she wore a short sleeve shirt,
 4    would you?
 5         A.    No.  Especially on a onetime
 6    occurrence, no.
 7         Q.    If somebody said, "I have a
 8    picture of a girl who attends your school
 9    and she's wearing a short sleeve skirt -- a
10    short sleeve shirt, and I think that's
11    inappropriate for a Bais Yaakov girl,"
12    would that be grounds for expulsion?
13         A.    No.
14         Q.    So, you must have believed the
15    picture was worse than just something like
16    that, right?
17         A.    I'm trying to find a better
18    word.
19         Q.    Well, I'm trying to understand
20    what, A, what you believed this picture
21    was, and B, what was your basis for
22    believing that.  So far all you told me is
23    that the picture was quote, unquote,
24    inappropriate.
25               MR. GUZIK:  Do you have a
```

```
 1                    S. DEUTSCH
 2         question, Counselor?
 3                MR. TOLCHIN:  Yes.
 4                MR. GUZIK:  What is it?
 5                MR. TOLCHIN:  I just asked it.
 6         Q.    Please answer.
 7                MR. GUZIK:  You didn't.  You
 8         didn't -- you didn't ask a question.
 9         Read it back.
10         Q.    Please answer the question.
11         A.    What was the question?
12         Q.    I'm trying to understand --
13                MR. GUZIK:  No, that's not a
14         question.  "I'm trying to understand"
15         is not a question.  Ask a question,
16         Counselor.
17                MR. TOLCHIN:  What do you
18         actually think that kind of objection
19         achieves?
20                MR. GUZIK:  A clear record.
21                MR. TOLCHIN:  So, what you say
22         is "objection as to form," and then
23         once you've noted that objection, if
24         the question isn't a good question,
25         well guess what, I'm not going to be
```

```
 1                    S. DEUTSCH

 2           able to read it at trial and you will

 3           have won the issue.

 4                  MR. GUZIK:  Wonderful.

 5                  MR. TOLCHIN:  So, by getting

 6           into this kind of silly bickering

 7           you're actually setting yourself

 8           back.  All you're doing is making me

 9           rephrase the question and making the

10           question better --

11                  MR. GUZIK:  Please do.

12                  MR. TOLCHIN:  -- and then

13           you're improving the record for trial

14           for me, so I can't fathom why you

15           would want to do that, other than to

16           interrupt things, which is an

17           improper purpose.

18           Q.   What did you believe the

19      picture depicted that this caller said she

20      found on her son's phone?

21                  MR. GUZIK:  Thank you,

22           Counselor.

23           A.   Something that would not -- I

24      don't know what the right word is.

25      Obviously, a lot worse than having a neck
```

1                      S. DEUTSCH

2    bone open.

3         Q.    But what, specifically?

4         A.    I don't know.  I just put the

5    facts together, and the mother crying

6    hysterically over the phone describing that

7    she found a very, I don't know what other

8    word to use other than inappropriate, but

9    you're trying to equate inappropriate with

10   a skirt above the knee, which is --

11        Q.    I don't know what it is.  Is it

12   a fact you didn't know what it was either?

13              As you sat there that day --

14        A.    I know it wasn't as docile as

15   all the descriptions you told me, with the

16   collarbone and the short skirt and the

17   elbows, et cetera, et cetera.  Obviously,

18   it was graver than that, and I believed

19   that, yes.

20        Q.    You didn't speak to the caller,

21   right?

22        A.    No, I did not.

23        Q.    So, what you went on when you

24   made the decision was, am I correct that

25   Mrs. Sochaczeski spoke to the caller?

                         S. DEUTSCH

1

2          A.    Yes, and she genuinely

3    believed --

4          Q.    And Mrs. Sochaczeski believed

5    the caller?

6          A.    Correct.

7          Q.    But you agree with me

8    Mrs. Sochaczeski did not know who the

9    caller was, correct?

10         A.    Correct.

11         Q.    Now, do you know that

12   Mrs. Sochaczeski had the -- had access to

13   the caller's phone number?

14         A.    No.

15         Q.    The school has caller ID,

16   doesn't it?

17         A.    Some form, yes.  Most phones

18   do.

19         Q.    And when the caller was talking

20   to Mrs. Sochaczeski, the caller's phone

21   number appeared on Mrs. Sochaczeski's

22   phone, didn't it?

23         A.    I don't know.

24         Q.    Mrs. Sochaczeski said that it

25   did.

                           S. DEUTSCH

1

2         A.    So, why didn't she record it?

3         Q.    Good question.

4         A.    I don't know.  She was taken

5    aback, I guess.

6         Q.    She didn't write down the

7    woman's number.

8         A.    She was --

9         Q.    Now, you know that the school

10   has caller ID, doesn't it?

11        A.    I don't have it in my office

12   and I'm on the same network.

13        Q.    You don't have caller ID on

14   your phone?

15        A.    No, no.

16        Q.    When callers call you don't see

17   the number, like everyone else in the

18   world?

19        A.    No.  I don't know if that was

20   done intentionally by the IT, by the guy

21   who installed the phones or what, but it

22   doesn't have it.

23        Q.    Do you know that --

24        A.    The main office has.

25        Q.    And you know that?

```
 1                        S. DEUTSCH
 2          A.    The main office, yes.
 3          Q.    Right.
 4                So, when they came to you about
 5    this issue, did you think to call back the
 6    woman and try to assess it for yourself?
 7          A.    No.  This was hours and hours
 8    afterward.
 9          Q.    So what?  How many hours
10    afterward?
11          A.    Quite a few.
12          Q.    Really?  What time of day was
13    the call?
14          A.    I don't know exactly.
15          Q.    Morning, afternoon, evening?
16          A.    I'm -- I'm not sure.  You want
17    me to conjecture?
18          Q.    No.  I want to know what you
19    know, and if you don't know I want you to
20    say "I don't know."
21          A.    They said it came in during the
22    day.  I don't know what time.
23          Q.    The caller had called several
24    times during the day, you say?
25          A.    Yes.
```

```
  1                    S. DEUTSCH

  2        Q.    And not just one right after

  3   the other.   There were gaps, right?

  4        A.    I don't know.  I don't know if

  5   she called one after the other or not.  She

  6   was desperate to reach a principal.  That's

  7   the impression that I got from --

  8        Q.    Mrs. Sochaczeski teaches

  9   classes besides being the principal, right?

 10        A.    Yes.

 11        Q.    Would that be a reason why they

 12   couldn't reach her?

 13        A.    Possibly.

 14        Q.    Mrs. Oratz also teaches

 15   classes?

 16        A.    Yes, she does.

 17        Q.    What time of -- well, how did

 18   you become aware of this call?

 19        A.    It was late, late afternoon,

 20   prior to dismissal.  Principals called me

 21   that they have something very important to

 22   discuss, can they come down.

 23        Q.    Okay.

 24        A.    I said absolutely.

 25        Q.    Who came down?
```

```
 1                    S. DEUTSCH
 2          A.    Both.
 3          Q.    Mrs. Oratz and
 4    Mrs. Sochaczeski?
 5          A.    Correct.
 6          Q.    And what you said, it was just
 7    prior to dismissal?
 8          A.    Yes.  I would say it was
 9    between 4:00 and 6:00 p.m., 5:00 to
10    6:00 p.m.
11          Q.    What did they tell you?
12          A.    Exactly what I told you before.
13    That the call came in, we tried to get as
14    much information as possible, description,
15    et cetera, et cetera, and obviously it's a
16    serious matter that could affect the girls
17    of the school and something has to be done.
18          Q.    Is that it?
19          A.    No.  Then we discussed.
20          Q.    What else did they tell you?
21          A.    I asked questions, you know,
22    past, et cetera, et cetera, we discussed a
23    lot of issues, and I said, "Fine, I will
24    make a decision overnight," which I did,
25    and then they were -- they were told to
```

```
 1                   S. DEUTSCH
 2    call the parents down, not to send the
 3    daughter to school until --
 4         Q.    Who was told?
 5         A.    The parents of the plaintiff.
 6         Q.    When were they told that?
 7         A.    I don't know if it was that
 8    same evening or in the morning.  I really
 9    don't know, because it wasn't done from my
10    office.
11         Q.    If it was that same evening,
12    then you weren't making your decision
13    overnight, were you?
14         A.    What?  Their coming to the
15    office did not mean anything yet at that
16    point.
17         Q.    What was the description --
18    withdrawn.
19               Did Mrs. Sochaczeski tell you
20    what was the description that the frantic
21    woman gave her of the girl in the picture?
22               MR. GUZIK:  Objection.
23         Q.    Do you understand the question?
24         A.    I'm trying to think if she gave
25    me a description.  You're talking about
```

```
 1                    S. DEUTSCH
 2   religious women talking to a man.  I don't
 3   believe that they really described the --
 4         Q.     You told me --
 5         A.     -- the picture.
 6         Q.     A minute ago you said that the
 7   principal told you that she asked the woman
 8   on the call to describe the person in the
 9   call -- in the picture.
10         A.     Correct.
11         Q.     And what description was --
12         A.     Given?
13         Q.     -- was given?
14         A.     She had blond curly hair, big,
15   long, blond curly hair, very heavyset, I
16   think it was blue eyes was also part of the
17   description, I'm not sure, the name, first
18   name she said.
19         Q.     The name wasn't in the picture,
20   was it?
21         A.     Hmm?
22         Q.     The name wasn't in the picture?
23         A.     No, but that was one of the
24   questions that was asked from the parent,
25   and she said, "I know the first name is
```

```
 1                              S. DEUTSCH

 2

 3          Q.     Because her son said so?

 4          A.     Right.  Obviously, she wouldn't

 5   know.

 6          Q.     Wouldn't you agree with me that

 7   anybody who knew the plaintiff would know

 8   what she looked like?

 9          A.     Yes, of course.

10          Q.     Right?

11                 So, if I've met the plaintiff,

12   I could say she's blond and blue eyed and

13   heavyset.  It doesn't mean I have any

14   picture of her in my cell phone, does it?

15          A.     I had to make a decision based

16   on the facts.

17          Q.     I'm asking you a question, not

18   to just ramble on.

19          A.     You're saying hypothetical

20   stuff.  "It doesn't mean, it could mean, it

21   could mean, if you knew her or you didn't

22   know her," you know, of course.

23          Q.     You knew the plaintiff had

24   blond hair, right?

25          A.     Yes, I did.
```

```
 1                       S. DEUTSCH

 2          Q.      And you knew she had blue eyes,

 3    right?

 4          A.      I still don't know if the blue

 5    eyes, if that's the correct description.

 6          Q.      You knew she was heavyset,

 7    right?

 8          A.      Yes.

 9          Q.      So that you could have given

10    the same description, without any

11    inappropriate picture in your phone,

12    correct?

13          A.      Correct.

14          Q.      Isn't it a fact that anybody

15    who wanted to make trouble for the girl

16    could have called and made that call and

17    said, "I have this picture here, and yes,

18    you want a description, I'll give you a

19    description, she's blond, blue eyed and

20    heavyset," and you, sitting there making

21    the decision to expel her, would not know

22    if that call was real or just a crank?

23                  MR. GUZIK:  Objection.

24          Q.      Would you?

25          A.      You could twist any situation.
```

```
 1                    S. DEUTSCH
 2        Q.    It's not twisting.
 3        A.    "You could have, you should
 4   have, anybody would know."  Sure, if --
 5        Q.    It was an anonymous call,
 6   correct?
 7        A.    It was an anonymous call.
 8        Q.    Did you ever -- as you sit here
 9   today, do you know the name of the caller?
10        A.    I have no idea.
11        Q.    Have you done any investigation
12   to try to figure out who it was?
13        A.    We did try.
14        Q.    How did you try?
15        A.    There was somebody that hinted
16   sort of that they may know the individual,
17   and it --
18        Q.    It was a dead end?
19        A.    It was a dead end.
20        Q.    And you never saw the picture?
21        A.    No.
22        Q.    And nobody saw the picture,
23   correct?
24        A.    In our school.
25        Q.    Nobody in your school saw the
```

```
 1                     S. DEUTSCH
 2    picture?
 3          A.    Correct.
 4          Q.    And you don't even know if
 5    there was a picture, correct?
 6          A.    If I didn't see it obviously I
 7    don't know, correct.
 8          Q.    And nobody who you know saw it,
 9    correct?
10          A.    Correct.
11          Q.    All you had was a voice on the
12    phone claiming that there was a picture,
13    correct?
14          A.    Correct, and based on those
15    facts --
16          Q.    And you don't even know what
17    was in the picture specifically?
18          A.    Specifically, no, but I know it
19    was more than an open collarbone.
20          Q.    When somebody says it was an
21    inappropriate picture, you agree that could
22    cover a whole range of issues, correct?
23          A.    Okay, but obviously that's not
24    what was indicated by whoever was on the
25    phone to Mrs. Sochaczeski.
```

                        S. DEUTSCH

1

2        Q.    Well, what was indicated on the

3    phone to Mrs. Sochaczeski?

4        A.    That it was --

5        Q.    Use words.  We're all grownups.

6        A.    I know, but --

7              MR. GUZIK:  Counselor.

8        Q.    You don't have to feel like you

9    have to hide something because there's

10   little kids present.  We're lawyers, we're

11   grownups.

12       A.    They didn't tell me exactly the

13   words that the lady said simply because, I

14   mean, there is a certain amount of modesty

15   between a 60-year old principal talking to

16   a man who she's not related to, but

17   obviously the description was that it was a

18   sexy picture or, I don't know, something

19   beyond just an open collarbone.  It was

20   more.

21       Q.    You're telling me

22   Mrs. Sochaczeski wouldn't tell you what the

23   caller said because she was nervous to say

24   a body part to a man?

25       A.    She didn't -- you're saying two

```
  1                    S. DEUTSCH
  2     things in one sentence.  She did tell me
  3     what the caller said --
  4          Q.    Which is what?
  5          A.    -- but she did not describe the
  6     image.
  7          Q.    Well, did she tell you that the
  8     caller --
  9          A.    But she did say the image was
 10     not --
 11          Q.    Did she tell you that the
 12     caller had described the image to her?
 13          A.    Yes, I believe she did, yes.
 14          Q.    Did you ask her, "Well, what
 15     was the image that was described to you"?
 16          A.    No, I had no interest.
 17          Q.    It didn't matter to you?
 18          A.    No, it did not.  It did not.
 19          Q.    It didn't matter to you what
 20     was actually in that picture?
 21          A.    No.  I knew it was bad enough
 22     to require action.
 23          Q.    Without knowing who it was who
 24     was being frantic, you had a frantic
 25     caller, but you don't know who it is,
```

```
 1                    S. DEUTSCH
 2   right?
 3        A.    Correct.
 4        Q.    That frantic caller might have
 5   been a crazy person, right?
 6             MR. GUZIK:  Objection.
 7        A.    I have no idea.
 8        Q.    The frantic caller might have
 9   been somebody who is very fanatical about
10   their modesty and their religious
11   observance?
12             MR. GUZIK:  Objection.
13        A.    That frantic caller could have
14   been telling the truth.
15        Q.    But you don't know.  You don't
16   know whether -- did you do anything to
17   investigate whether what the frantic caller
18   said was true?
19             MR. GUZIK:  Objection, asked
20              and answered.
21        A.    I answered that already.
22             MR. TOLCHIN:  No, he didn't.
23             MR. GUZIK:  Yes, he did.  We
24              can read it back if you'd like.
25        Q.    You can tell me again.
```

```
 1                    S. DEUTSCH
 2         A.    No, I did not do any
 3    investigation.
 4         Q.    Did you ask the plaintiff to --
 5    that you look at her phone to see if there
 6    was such a picture in her phone?
 7         A.    I had no -- no, I did not.
 8         Q.    Did you ask your IT person
 9    whether it was possible to determine if
10    this had happened, as a forensic matter?
11         A.    No, I didn't.
12         Q.    You told us that one of the
13    hashkafic parameters of the school is
14    shemirat halashon, right, and that includes
15    not listening to lashon hara, you told us,
16    right, yet an anonymous caller calls you up
17    and tells you about a picture that you
18    haven't seen, uses vague words to describe
19    it, and you choose to believe the worst?
20         A.    I didn't say it was vague.
21         Q.    You said it was inappropriate.
22    That's all you know that was in the
23    picture.
24         A.    For lack of a better word.  I
25    know it was more than just an open
```

```
 1                        S. DEUTSCH
 2    collarbone, like you described.  You're
 3    putting words in my mouth, Counselor.
 4         Q.    So, what do you believe -- what
 5    do you believe was in the picture?
 6         A.    Improper picture.
 7         Q.    What does that mean to you?
 8         A.    Maybe half naked --
 9         Q.    Maybe?
10         A.    -- maybe all naked --
11         Q.    Maybe?
12         A.    I don't know.
13         Q.    You don't know?
14         A.    I don't know.
15         Q.    But you chose to believe the
16    worst?
17         A.    Yes, based on --
18         Q.    Isn't that a violation of the
19    school's hashkafic parameters, as you
20    described them?
21         A.    No.
22         Q.    No; why not?
23         A.    I'll tell you why not.  Lashon
24    hara and whatever you're trying to
25    insinuate applies to one individual.
```

```
 1                   S. DEUTSCH
 2    You're hurting him for no reason at all.
 3    Here we're talking about infecting 150
 4    other girls on the same floor.  It's a big
 5    difference, big difference.
 6                   I had to make a move based on
 7    the information I had because of the effect
 8    that it could have had, detrimental effect
 9    that it could have had on the rest of the
10    high school.
11         Q.    So, that's why you chose to
12    make a decision without any investigation?
13         A.    I didn't say that.
14         Q.    You did.
15         A.    No, I didn't.
16         Q.    You said you made a decision
17    without conducting any investigation.
18         A.    Okay, that was a byproduct.  I
19    didn't say that I did it because I didn't
20    investigate.  No, don't try to put words in
21    my mouth.  I'm trying to cooperate with you
22    the best I can, but don't plant it.
23         Q.    You're doing a good enough job
24    putting words in your own mouth.
25                   MR. GUZIK:  Objection.
```

1                        S. DEUTSCH

2          Q.     How do you know it wasn't a kid

3     calling on the phone just to get the

4     plaintiff in trouble?

5          A.     I don't know.

6          Q.     How do you know it wasn't a

7     parent who had a beef with the girl's

8     family, didn't like her father, didn't like

9     her mother, and wanted to make problems for

10    them; how do you know that didn't happen?

11         A.     I don't know.

12         Q.     Did you consult Rabbi Dovid

13    Cohen about what you should do in this

14    situation?

15         A.     No.

16         Q.     Did you consult Rabbi

17    Kamenetsky about what to do in this

18    situation?

19         A.     No.

20         Q.     Would you agree that if there

21    was an inappropriate picture of the

22    plaintiff being circulated on cell phones,

23    that just logically that would mean either

24    someone took the picture of the plaintiff

25    or the plaintiff took it of herself, right?

```
 1                          S. DEUTSCH
 2          A.    I guess, correct.
 3          Q.    At the time the plaintiff was a
 4   minor, correct?
 5          A.    Yes.
 6          Q.    In fact, did you think that
 7   looking at the picture was a problem, even
 8   if you had it, because of this child
 9   pornography issue?
10          A.    I personally didn't want to see
11   it, yes, for my own reasons.  Nothing to do
12   with --
13          Q.    What about if Mrs. Oratz or
14   Mrs. Sochaczeski had looked at it, or even
15   the plaintiff herself or her mother, just
16   to verify that it's her?
17          A.    What's the question again?
18          Q.    Would you agree that that
19   would -- you would be concerned about child
20   pornography, about violating laws against
21   child pornography to look at that picture?
22          A.    No.
23          Q.    No, you wouldn't be concerned?
24          A.    (Witness shakes head.)
25                MR. TOLCHIN:  We have to change
```

```
 1                      S. DEUTSCH
 2          the tape here.
 3                  THE VIDEOGRAPHER:  Time now is
 4          2:58 p.m.  We're going off the record
 5          for break.
 6                  (Whereupon, a brief recess was
 7          taken.)
 8                  THE VIDEOGRAPHER:  The time now
 9          is 3:08 p.m.  We are back on the
10          record from break.
11     BY MR. TOLCHIN:
12          Q.    Sir, if somebody took a picture
13     of the plaintiff, who was a minor, that was
14     inappropriate, is it possible that somebody
15     was victimizing her?
16                  MR. GUZIK:  Objection.  Calls
17          for speculation.
18          Q.    You can answer.
19          A.    I have no idea.
20          Q.    If a minor appears in a naked
21     picture, just assume it was naked for the
22     sake of argument, if somebody took that
23     picture, isn't it possible the minor was
24     being victimized?
25                  MR. GUZIK:  Objection.  Calls
```

```
 1                    S. DEUTSCH

 2          for speculation.

 3          Q.    You don't know?

 4          A.    No.

 5          Q.    No, you don't know?

 6          A.    She could have taken the

 7     picture herself.

 8          Q.    I said if somebody took the

 9     picture.

10               MR. GUZIK:  That's a

11          hypothetical.  That's an improper

12          question.

13          Q.    But we already began by saying

14     before the break that there were two

15     possibilities; either she took it herself

16     or somebody else took it.  Now we're

17     breaking that down.

18               MR. GUZIK:  If you want to ask

19          him if he knows --

20               MR. TOLCHIN:  Please don't

21          coach the witness.

22               MR. GUZIK:  I'm not coaching

23          him any.

24               MR. TOLCHIN:  You are.

25               MR. GUZIK:  No, you're making
```

```
 1                    S. DEUTSCH
 2      up -- you're making improper
 3      hypothetical questions.
 4           If you want to call the judge,
 5      feel free, but I'm not going to let
 6      him answer hypothetical questions.
 7           MR. TOLCHIN:  Put your arm
 8      down, stop waving your arm around.
 9      Stop waving your arm around --
10           MR. GUZIK:  I'm not waving my
11      arm around.
12           MR. TOLCHIN:  -- stop raising
13      your voice, and stop giving speaking
14      objections.
15           MR. GUZIK:  You raised your
16      voice, and I'm not going to allow him
17      to answer improper hypothetical
18      questions when he is a fact witness
19      and not an expert witness.
20           MR. TOLCHIN:  You have no right
21      to direct the witness not to answer
22      any question, and you know that.
23           MR. GUZIK:  Well, then you can
24      call the judge about it.  Go ahead,
25      call the judge.  He's not going to
```

1                        S. DEUTSCH

2          answer.

3                  MR. TOLCHIN:  You're directing

4          him not to answer?

5                  MR. GUZIK:  It's a hypothetical

6          question, it's improper, and he's not

7          an expert witness, he's a fact

8          witness.

9                  MR. TOLCHIN:  Okay, but what

10         rule of evidence are you relying on?

11                 MR. GUZIK:  You can ask him --

12                 MR. TOLCHIN:  State the rule.

13         State the rule that you're relying

14         on.

15                 MR. GUZIK:  You can ask him --

16                 MR. TOLCHIN:  Tell me the rule

17         of evidence you're relying on,

18         Counselor.

19                 MR. GUZIK:  You can ask him if

20         he knows whether someone else took

21         the picture or she took it herself.

22                 MR. TOLCHIN:  You can ask him

23         that.

24                 MR. GUZIK:  No, thank you.  I'm

25         not taking his deposition, you are,

```
 1                    S. DEUTSCH
 2        and you're allowed to ask him proper
 3        fact witness questions, and he's not
 4        going to answer hypotheticals.  Call
 5        the judge.
 6             MR. TOLCHIN:  You are allowed
 7        to say at this deposition the word
 8        "objection."  You are allowed to say
 9        "objection as to form."  You are
10        allowed to say "don't answer that" if
11        I've asked a privileged question.
12        Every other objection that you might
13        think of is reserved for the time of
14        trial.
15             If you think I'm asking a
16        question that's hypothetical and that
17        it shouldn't be read in front of the
18        jury, then you will make that
19        objection when we are in court in
20        front of the jury and the judge will
21        rule for you or he will rule for me.
22             You do not have authority to
23        direct the witness not to answer a
24        question unless I'm asking something
25        that involves privilege.  That's the
```

```
 1                      S. DEUTSCH
 2          federal rules.
 3              MR. GUZIK:  I'm not going to
 4          let him answer any hypothetical
 5          questions.
 6              MR. TOLCHIN:  Off the record.
 7              THE VIDEOGRAPHER:  Time now is
 8          3:11 p.m.  We are going off the
 9          record.
10              MR. TOLCHIN:  You know what
11          we're going to do, we're going to go
12          back on the record.  I'm going to add
13          it to my collection.  We're going to
14          call the judge with a litany.
15              THE VIDEOGRAPHER:  We are still
16          on the record.  It is now 3:12 p.m.
17  BY MR. TOLCHIN:
18          Q.    When you made the decision to
19  expel the plaintiff, were you concerned
20  that somebody might have taken an
21  inappropriate picture of her?
22          A.    No.
23          Q.    Why were you not concerned that
24  somebody might have taken an inappropriate
25  picture of her?
```

```
 1                    S. DEUTSCH
 2         A.    Because I told you my decision
 3    was based solely on history and the
 4    credibility of my principals believing that
 5    it was a genuine call, and the way it was
 6    portrayed to me is that there was the
 7    plaintiff involved and another young man,
 8    maybe a year or two younger, maybe a year
 9    older, but certainly a minor as well.  Why
10    would I think that there was an adult, or
11    whatever you're trying to insinuate?
12         Q.    Did you make the assumption
13    that this young man received the picture
14    from the plaintiff?
15         A.    I didn't make the assumption.
16    I believed what the principals told me and
17    based my decision on that.
18         Q.    What did the principals tell
19    you about whether the plaintiff had sent
20    this picture to this young man; did they
21    tell you anything about that?
22         A.    Yes, that the mother, stressed
23    out and crying over the phone, saw a
24    picture of this young lady on her son's
25    phone, she wants to put a stop to it,
```

```
 1                    S. DEUTSCH
 2   doesn't want to get him into trouble, and
 3   she's calling the school to do whatever
 4   they have to do, period.
 5              And I believe the principals
 6   took that call very seriously, and that
 7   they believed the call was genuine, and
 8   that's the way it was relayed to me, and
 9   based on those facts, with the other ones
10   that I gave you, I made my decision.
11       Q.    What question do you believe
12   you're answering by all of that repetition
13   of your mantra; what was the question that
14   you think you just answered?
15       A.    Do I believe there was somebody
16   else involved in the picture, so I'm
17   telling you.
18       Q.    That wasn't the question.  Now
19   let's try to focus on the question.
20              MR. TOLCHIN:  Move to strike
21          everything he just said as
22          nonresponsive.
23       Q.    Let's try to focus on the
24   question.  You had a frantic woman who
25   called who said she found a picture on her
```

```
 1                       S. DEUTSCH
 2     son's phone.
 3                  Now, did that frantic woman
 4     tell Mrs. Sochaczeski that -- how that
 5     picture got on her son's phone?
 6          A.    I don't know.
 7          Q.    As you sit here today, do you
 8     know how the picture got on her son's
 9     phone?
10          A.    No.
11          Q.    If there was a picture on a
12     boy's phone, does that mean that the
13     picture was sent to him by the plaintiff?
14                  MR. GUZIK:  Objection.  Calls
15              for speculation.
16          Q.    You can answer.
17          A.    I'm -- I don't know, but I --
18          Q.    It could be somebody else sent
19     it to him, right?
20                  MR. GUZIK:  Objection.  Same
21              thing.  This is exactly what we were
22              talking about.
23          Q.    You can answer.
24                  MR. GUZIK:  Don't answer.
25          Q.    You can answer.
```

```
 1                   S. DEUTSCH
 2            MR. GUZIK:  Don't answer.  Put
 3         it on the list.
 4            MR. TOLCHIN:  We're calling the
 5         court now.  I'm getting the number.
 6         You can't just decide that questions
 7         are -- call for speculation and
 8         direct the witness not to answer the
 9         question.
10            THE VIDEOGRAPHER:  Time now is
11         3:15 p.m.  Going off the record for
12         break.
13            (Whereupon, an off-the-record
14         discussion was held.)
15            THE VIDEOGRAPHER:  The time now
16         is 3:20 p.m.  We are back on the
17         record from break.
18   BY MR. TOLCHIN:
19         Q.    Do you have any information as
20   to whether the alleged young man received
21   the alleged photograph from the plaintiff?
22         A.    No.
23         Q.    Do you know one way or the
24   other whether the alleged young man
25   received the alleged photograph from
```

```
 1                    S. DEUTSCH
 2   somebody else?
 3        A.    No.
 4        Q.    You said a few minutes ago that
 5   the mother who was calling did not want to
 6   get her son in trouble.  Do you recall
 7   giving that testimony?
 8        A.    Yes, I do.
 9        Q.    What did you mean by that?
10        A.    Exactly what it implies.
11   That's what I was told the mother said to
12   the person who took the phone call.
13        Q.    She didn't want her son's
14   school to find out that he had this
15   picture?
16        A.    Correct.
17        Q.    Is that correct?
18        A.    Correct.
19        Q.    But it didn't bother her to
20   call the girl's school about the picture;
21   is that correct?
22        A.    I was not in her brain.  I have
23   no idea.
24        Q.    Did you ask yourself why if she
25   was so concerned she didn't call the girl's
```

```
 1                    S. DEUTSCH
 2   mother?
 3         A.     I --
 4         Q.     You didn't ask yourself that,
 5   did you?
 6         A.     No, I did not.
 7         Q.     Would you agree that if she had
 8   called the girl's mother and told the
 9   mother what she found and handled the
10   situation that way, then the plaintiff
11   would not have gotten in trouble with her
12   school, with Lev Bais Yaakov, correct?
13         A.     Those -- those are not things
14   that I thought about at that time.
15         Q.     You didn't think that?
16         A.     No.
17         Q.     So, it didn't register in your
18   mind that this mother, who was being so
19   protective of her son who had a naked
20   picture of a girl, or an inappropriate
21   picture of a girl, in the same breath, at
22   the same time, was trying to protect her
23   child, while getting somebody else's child
24   in trouble, that didn't enter your mind?
25         A.     No.
```

1                    S. DEUTSCH

2          Q.      And you didn't think that,

3    "Hey, if that's what's going on here, maybe

4    there's something wrong with this caller,

5    maybe it's not true;" you didn't think

6    about that, it didn't cause you to doubt?

7          A.      No.   I believed the

8    principals --

9          Q.      You believed that the prin --

10   you believed that -- you believed that the

11   principal believed it?

12         A.      Yes.

13         Q.      But you don't know if the

14   principal was right in believing it?

15         A.      That's always a possibility.

16         Q.      Right.

17                 But you didn't say to her, for

18   example, "Look, I didn't get this call, you

19   got it, so you make the decision"?

20         A.      No, I did not say that.

21         Q.      Did you ask the principal, the

22   English principal or the Hebrew principal,

23   what they thought should be done in this

24   situation?

25         A.      No.

```
 1                     S. DEUTSCH
 2          Q.    Even though the principals are
 3    almost always the ones who make
 4    disciplinary decisions in the school,
 5    correct?
 6          A.    Correct.
 7          Q.    You didn't even ask them what
 8    they thought?
 9          A.    No, I didn't.
10          Q.    No?
11          A.    No.
12          Q.    Were you concerned that
13    possibly somebody was manipulating or
14    taking advantage of the plaintiff?
15          A.    No.
16          Q.    Have you ever heard of a
17    situation where children have been
18    manipulated into doing things that they
19    really shouldn't do in good judgment?
20          A.    By adults?
21          Q.    By adults.
22          A.    Sure.  You hear it every day.
23          Q.    Have you heard of people
24    manipulating teenage girls over the
25    internet to send pictures of themselves?
```

```
 1                      S. DEUTSCH
 2          A.    Yes.
 3          Q.    Have you heard of people
 4   manipulating teenage girls over the
 5   internet even to meet up with adults for
 6   improper purposes?
 7          A.    Yes.
 8          Q.    For sexual purposes?
 9          A.    Yes.
10          Q.    You've heard of that?
11          A.    Yes, I have.
12          Q.    You've heard of adults tricking
13   or deceiving teenage girls, "Send me a
14   picture, meet me;" you've heard of that,
15   yes?
16                You have to answer verbally.
17          A.    Yes, yes.
18          Q.    When you heard that somebody
19   had this improper picture, this
20   inappropriate picture of the plaintiff,
21   were you concerned that maybe this was
22   happening to the plaintiff?
23          A.    No.
24          Q.    Did Mrs. Sochaczeski tell you
25   that the caller had a husband who was a
```

```
 1                    S. DEUTSCH
 2    lawyer and said that this picture is child
 3    pornography, yes?
 4         A.    Yes.
 5         Q.    Were you concerned that there
 6    was a pornographic picture of one of your
 7    students circulating on the internet?
 8               MR. GUZIK:  Objection.
 9         A.    No.
10         Q.    No?
11         A.    (Witness shakes head.)
12         Q.    Did you call the police --
13         A.    No.
14         Q.    -- and say, "Somebody has a
15    pornographic picture of one of my teenage
16    girls in my school"?
17         A.    No.
18         Q.    No?
19         A.    No.
20         Q.    As the head of a school, aren't
21    you a mandatory reporter?
22         A.    When there is what to report,
23    yes.
24         Q.    Oh, you didn't think there was
25    something to report?
```

```
 1                    S. DEUTSCH
 2         A.    Not based on the facts that I
 3    was given.
 4         Q.    Why wasn't there something to
 5    report?  You have a pornographic picture of
 6    an underage girl being sent over phone to
 7    the internet, why wasn't that something to
 8    report?
 9         A.    It wasn't -- there was no
10    internet.  We're talking about phones.
11              MR. GUZIK:  Calm down,
12         Counselor.  You don't need to yell.
13         Q.    It's all being sent over
14    phones?
15         A.    Yes.  What I --
16         Q.    So, people sending a
17    pornographic picture --
18         A.    A boy and maybe to another
19    friend of his.
20         Q.    Oh, so two boys?  Where did
21    this other boy come from?  That wasn't in
22    your story before.
23              Where did you hear about this
24    other boy, this friend of his; where did
25    you get that from?
```

```
 1                    S. DEUTSCH
 2              MR. GUZIK:  Keep your voice
 3         down, Counselor.
 4         Q.    Where did that came from?
 5         A.    I don't know.
 6         Q.    Who told you that?
 7         A.    I can't recollect.
 8         Q.    Did Mrs. Sochaczeski tell you
 9    there was another boy involved?
10         A.    No.
11         Q.    Did you make that up?
12         A.    I don't --
13         Q.    Did you imagine it?
14         A.    No.
15         Q.    When you say another boy
16    involved, what do you mean?
17         A.    I retract that.  I retract
18    that.
19         Q.    Did you mean that maybe one boy
20    passed a picture to his friend, is that
21    what you meant?
22         A.    No.
23         Q.    What did you mean?  You meant
24    nothing?
25         A.    Nothing.
```

```
 1                    S. DEUTSCH
 2         Q.    Are there people within the
 3   Brooklyn Jewish community who trick or
 4   deceive teenage girls to send pictures of
 5   themselves over the internet?
 6         A.    That, I have no idea.
 7         Q.    You've never heard of anything
 8   like that?
 9         A.    Yes, I've heard.
10         Q.    What have you heard?
11         A.    There are incidents.
12         Q.    Are there incidents of even
13   60-year old rabbis who try to get teenage
14   girls to meet them for sexual activity?
15         A.    Yes.
16         Q.    That happens?
17         A.    Yes.
18         Q.    Even among people you know?
19         A.    People I know?
20         Q.    Yes.  People in your community.
21         A.    I guess it happened.  Could
22   happen.
23         Q.    But it can happen?
24         A.    It can happen.
25         Q.    Rabbi Nathan David Rabinowich
```

```
 1                      S. DEUTSCH
 2   comes to mind, right?
 3         A.    Right.
 4         Q.    That happened?
 5         A.    Right.
 6         Q.    And you know him?
 7         A.    Yes.
 8         Q.    You even made a parlor meeting
 9   for him in your house once, didn't you, to
10   raise money for some school he started?
11         A.    How many years ago?
12         Q.    I don't know.
13               But you know him?
14         A.    I haven't seen him in 25 years,
15   yes, but I know him.
16         Q.    He pleaded guilty to seducing a
17   14-year old girl for sex over the internet,
18   right?  That was big news.  You heard it.
19         A.    I know there was an issue.  I
20   didn't know the details.
21         Q.    His aunt lived right across the
22   street from you until she died, right,
23   Mrs. Friedman?
24         A.    Yes.
25         Q.    And his mother lived right
```

1                         S. DEUTSCH
2    around the corner from you, right, until
3    she moved a few blocks away?
4            A.    Correct.
5            Q.    If there was an inappropriate
6    picture of the plaintiff, weren't you
7    worried that somebody might have tricked
8    her into sending that picture against her
9    better judgment?
10           A.    No.
11           Q.    You didn't feel any
12   responsibility to look out for her welfare,
13   did you?
14           A.    This was not an internet issue.
15   This was a phone.  Somebody sent one
16   from -- a picture from one phone to the
17   other.
18           Q.    How do you know that?
19           A.    Because that's what I was told.
20           Q.    You were told there was a
21   picture in the boy's phone?
22           A.    Right.  The internet never came
23   up.
24           Q.    Who told you how the picture
25   got to the boy's phone?

```
 1                      S. DEUTSCH
 2          A.    Nobody.
 3          Q.    So, how do you know it didn't
 4    come over the internet?
 5          A.    I don't know.
 6          Q.    Did it come over a text
 7    message?
 8          A.    I have no idea.
 9          Q.    Did it come over Whatsapp?
10          A.    I have no idea.
11          Q.    Did it come over Snapchat?
12          A.    I don't even know what that is.
13          Q.    Did it come by e-mail?
14          A.    I have no idea.
15          Q.    You have no idea, so when you
16    sit here adamantly saying, "We're not
17    talking about internet, we're talking about
18    phone," you don't know that it didn't come
19    over the internet, do you?
20          A.    No, I don't.
21          Q.    Phones have internet sometimes,
22    right?
23          A.    Yes.
24          Q.    So, if the picture is in the
25    phone it might have come over the internet,
```

1                      S. DEUTSCH

2      correct?

3              A.      Possibly, yes.

4              Q.      Have you ever heard of somebody

5      taking a picture of a woman or a girl while

6      she's changing in a locker room?

7              A.      In a school?

8              Q.      Anywhere, yes, in a school.

9              A.      No.

10             Q.      That can't happen?  Locker

11     room, bathroom, changing room, any kind of

12     a peeping Tom, have you heard of situations

13     where that happens?

14             A.      Yes.

15             Q.      It could happen in -- it could

16     happen at the changing room at Century 21.

17     Somebody puts a little camera, nobody

18     notices.  It could happen, right?

19             A.      Yes.

20             Q.      Every year you hear on the news

21     they caught somebody in the locker room at

22     Jones Beach with a camera.  You heard

23     things like that?

24             A.      Yes.

25             Q.      You've heard about the rabbi at

```
 1                    S. DEUTSCH
 2    the mikvah in Washington who put a camera
 3    and a clock radio and photographed women
 4    for years?
 5         A.    No.
 6         Q.    You didn't hear of that case?
 7    Hundreds of cases, hundreds of pictures
 8    found on his computer.
 9         A.    No, I didn't hear that one.
10         Q.    That was big news.
11              How about, did you ever hear of
12    someone named Michael Sabo?
13         A.    He's a principal in Torah
14    Vodaas, no?
15         Q.    Not exactly.  He's doing 25
16    years for taking pictures of his neighbors'
17    little boys and putting them on the
18    internet.
19         A.    I'm thinking of a different
20    Sabo.  No.
21         Q.    It was right here in Flatbush,
22    blocks from where you live.
23              You never stopped to think
24    whether the plaintiff might have been
25    victimized in some way to make that picture
```

```
 1                    S. DEUTSCH
 2    exist; didn't even enter your mind?
 3         A.    No.
 4         Q.    And you don't even know what
 5    the picture was; she might have been trying
 6    on a bathing suit, for all you know?
 7         A.    Maybe.  I don't know.
 8         Q.    If the plaintiff had sent that
 9    picture deliberately, let's just assume,
10    you'll forgive me for using a hypothetical,
11    let's assume the plaintiff had sent that
12    picture deliberately to somebody, would you
13    agree that's something that she probably
14    needed counseling about?
15         A.    Yes.
16         Q.    Your school had a social worker
17    on staff?
18         A.    Correct.
19         Q.    Did you have the social worker
20    speak to the plaintiff about this issue?
21         A.    Not about this issue.  The
22    plaintiff --
23         Q.    Between the time you heard
24    about the photograph and the time you made
25    the decision to expel her, how many hours
```

1                           S. DEUTSCH

2      passed?

3           A.    I'm not sure.  I really am not.

4      It could have been the next day, it could

5      have been 24 hour.

6           Q.    No more than a day?

7           A.    Probably not.

8           Q.    In fact, you heard about it

9      late in the day, and the next morning you

10     met with the parents and told them the kid

11     was expelled, right?

12          A.    Yes.

13          Q.    The call came on December 9,

14     2013, correct?

15          A.    I don't remember the date.

16          Q.    You don't know the date?

17          A.    No.

18          Q.    The date wasn't really

19     important to you?

20          A.    No.

21          Q.    This wasn't really --

22          A.    Not that it's not important.  I

23     didn't record it.

24          Q.    You didn't record it?

25          A.    No.

```
 1                   S. DEUTSCH
 2        Q.    In fact, you didn't make any
 3   notes, did you?
 4        A.    No.
 5        Q.    Nobody in your school made any
 6   notes about this event, correct?
 7        A.    I don't know what they did.  I
 8   didn't take notes.
 9        Q.    The plaintiff's file does not
10   have one note about this call, correct?
11        A.    I'm sure you verified that
12   already with the principals.
13        Q.    In preparing for this
14   deposition, did you see any contemporaneous
15   notes taken about the call?
16        A.    No.
17        Q.    Did you -- and you say you
18   didn't take any notes about what you were
19   told, or what --
20        A.    Correct.
21        Q.    -- or what -- or your decision
22   making process?
23        A.    Correct.
24        Q.    Did you take any notes on your
25   meeting with the parents?
```