UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
G.S., a minor under the age of 18, by her father and         JUDGMENT
natural guardian, MORRIS S.,         15-CV- 3086 (ARR)

        Plaintiff,

-against-

CONGREGATION LEV BAIS YAAKOV, RIVKA
ORATZ, and SHMIEL DEUTSCH,

        Defendants.
-------------------------------------------------------------------X

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 6, 2017, dismissing Plaintiff's complaint in its entirety; dismissing Plaintiff's Rehabilitation Act claim with prejudice; dismissing Plaintiff's state law claims without prejudice to Plaintiff pursuing them in state court; and directing the Clerk of Court to enter judgment in favor of Defendants and to close the case; it is

      ORDERED and ADJUDGED that Plaintiff's complaint is dismissed in its entirety; that Plaintiff's Rehabilitation Act claim is dismissed with prejudice; that Plaintiff's state law claims are dismissed without prejudice to Plaintiff pursuing them in state court; and that judgment is hereby entered in favor of Defendants Congregation Lev Bais Yaakov, Rivka Oratz, and Shmiel Deutsch.

Dated: Brooklyn, New York         Douglas C. Palmer
      February 08, 2017         Clerk of Court

        by:   */s/ Janet Hamilton*
               Deputy Clerk